CO-386-online
10/03

# United States District Court
# For the District of Columbia

ITC^DELTACOM COMMUNICATIONS, INC.,      )
BUSINESS TELECOM, INC., AND             )
BUSINESS TELECOM OF VIRGINIA, INC.,     )
                                        )
                          Plaintiff     )      Civil Action No._____
                   vs                   )
                                        )
AT&T CORP.,                             )
AT&T COMMUNICATIONS, INC., AND          )
DOES 1-20                               )
                                        )
                          Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ITC^DeltaCom Communications, Inc.,  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  ITC^DeltaCom Communications, Inc.  which have

any outstanding securities in the hands of the public:

ITC^DeltaCom, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

164186
BAR IDENTIFICATION NO.

Eric J. Branfman
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington   DC              20007
City          State          Zip Code

(202) 424-7500
Phone Number