CO-386-online
10/03

# United States District Court
# For the District of Columbia

ITC^DELTACOM COMMUNICATIONS, INC., )
BUSINESS TELECOM, INC., AND )
BUSINESS TELECOM OF VIRGINIA, INC., )
                                 Plaintiff )
       vs )    Civil Action No. _____
                                  )
AT&T CORP., )
AT&T COMMUNICATIONS, INC., AND )
DOES 1-20 )
                              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Business Telecom of Virginia, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Business Telecom of Virginia, Inc.__ which have any outstanding securities in the hands of the public:

ITC^DeltaCom, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[Signature]_
Signature

164186
BAR IDENTIFICATION NO.

Eric J. Branfman
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington    DC    20007
City    State    Zip Code

(202) 424-7500
Phone Number