CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., BUSINESS TELECOM, INC., AND BUSINESS TELECOM OF VIRGINIA, INC., <br><br>                    Plaintiff <br>         vs <br><br> AT&T CORP., AT&T COMMUNICATIONS, INC., AND DOES 1-20 <br><br>                    Defendant | Civil Action No. _____ |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Business Telecom, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Business Telecom, Inc.__ which have any outstanding securities in the hands of the public.

ITC^DeltaCom, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

164186
BAR IDENTIFICATION NO.

Eric J. Branfman
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington        DC                20007
City              State              Zip Code

(202) 424-7500
Phone Number