UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC.; BUSINESS TELECOM, INC.; BUSINESS TELECOM OF VIRGINIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T Corp.; AT&T COMMUNICATIONS, INC.; DOES 1-20, <br><br> Defendants. | 1:05cv01360 <br><br> Judge Ellen Segal Huvelle |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") hereby move the Court for an extension of time to respond to Plaintiffs' Complaint by answer or by motion. Defendants were served with the Complaint on July 8, 2005, and therefore, Defendants' responsive pleading is scheduled to be due on July 28, 2005. Defendants move for an extension of their time to respond to the Complaint until August 22, 2005.

Defendants have consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion. A proposed Consent Order is attached.

Dated: July 22, 2005

Respectfully submitted,

/s/ JOSEPH R. PALMORE

David L. Lawson (D.C. Bar #434741)
Paul J. Zidlicky (D.C. Bar# 450196)
Joseph R. Palmore (D.C. Bar #465811)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorney for Defendants
AT&T Corp. and AT&T Communications, Inc.