UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC.; BUSINESS TELECOM, INC.; BUSINESS TELECOM OF VIRGINIA, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>AT&T Corp.; AT&T COMMUNICATIONS, INC.; DOES 1-20, <br><br>Defendants. | 1:05cv01360 <br><br>Judge Ellen Segal Huvelle |

## CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS AT&T CORP. & AT&T COMMUNICATIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon consent of the parties, the time in which Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") have to respond to Plaintiffs' Complaint by answer or by motion is extended to August 22, 2005.

SO ORDERED, this _____ day of July, 2005.

_____
The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

Eric J. Branfman
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, D.C. 20007
(202) 424-7500

David L. Lawson
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, D.C. 2000