## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC.; BUSINESS TELECOM, INC.; BUSINESS TELECOM OF VIRGINIA, INC., | ) ) ) ) 1:05cv01360 |
| | ) ) Judge Ellen Segal Huvelle |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AT&T Corp.; AT&T COMMUNICATIONS, INC.; DOES 1-20, | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of July, 2005, I caused a true and correct copy of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint and proposed order to be served on the following by first-class mail.

Eric Jay Branfman
Swidler, Berlin, Shereff & Friedman, L.L.P.
3000 K Street, NW, Suite 300
Washington, D.C. 20007

Dated:    July 22, 2005
             Washington,  D.C.

/s/ Joseph R. Palmore
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorney for Defendants
        AT&T Corp. and AT&T Communications, Inc