IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:05cv01360 ) ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(d) of the local rules for the United States District Court for the District of Columbia, I, Michael J. Hunseder move to admit David M. Schiffman *pro hac vice* to the bar of this Court for the purpose of representing AT&T Corp. and AT&T Communications, Inc. in the above matter. In support of this motion, attached is a declaration of David M. Schiffman as required by Rule 83.2(d).

I respectfully request that this motion be granted and that David M. Schiffman be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the above matter.

Dated: September 7, 2005

                                              Respectfully Submitted,

                                              /s/ Michael J. Hunseder
                                              Michael J. Hunseder (DC Bar No. #447260)
                                              Sidley Austin Brown & Wood, LLP
                                              1501 K Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 736-8236
                                              Fax:   (202) 736-8711

DC1 793822v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:05cv01360 ) ) ) ) ) ) |

## DECLARATION OF DAVID M. SCHIFFMAN

(1) My full name is David M. Schiffman

(2) My business address and telephone number are:

Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7782

(3) I have been admitted to the following bars:

U.S. Supreme Court, 1994
U.S. Court of Appeals, 1st Circuit, 2002
U.S. Court of Appeals, 5th Circuit, 1991
U.S. Court of Appeals, 7th Circuit, 1980
U.S. Court of Appeals, 11th Circuit, 1999
U.S. District Court, N.D. of Illinois - General, 1977
U.S. District Court, E.D. of Michigan, 1995
U.S. District Court, District of Colorado, 2004
U.S. Tax Court, 2000
Illinois, 1977

(4) I have not been disciplined by any bar.

(5) I have not been admitted *pro hac vice* in this Court within the last two years; however, I presently am being moved for admission *pro hac vice* to this Court in other cases that the plaintiffs claim are related to this case.

(6)     I do not engage in the practice of law from an office located in the District of Columbia.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts.

Dated: September 2, 2005

                                       Respectfully Submitted,

                                       /s/ David M. Schiffman

                                       David M. Schiffman
                                       Sidley Austin Brown & Wood LLP
                                       Bank One Plaza
                                       10 South Dearborn Street
                                       Chicago, Illinois 60603
                                       Phone: (312) 853-7782
                                       Fax:   (312) 853-7036