# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DeltaCom Communications, Inc.; Business Telecom, Inc.; Business Telecom of Virginia, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T Corp.; AT&T Communications, Inc.; DOES 1-20 <br><br> Defendants | 1:05cv01360 (ESH) |

## PLAINTIFFS' PROPOSED SCHEDULING ORDER

The Court having received the Joint Proposed Scheduling Plan submitted by the parties pursuant to Local Rule 16.3, IT IS HEREBY ORDERED:

1.    The Joint Proposed Scheduling Plan is approved and shall govern this case, except as set forth herein.

2.    The following cases pending in this Court are designated as "Coordinated Actions":

*Granite Telecommunications, LLC v. AT&T Corp., et al.*, Civil Action No. 05-1416 (ESH)

*RCN Telecom Services, Inc.* v. *AT&T Corp., et al.*, Civil Action No. 05-1416 (ESH)

*ITC^Deltacom Communications, Inc.* v. *AT&T Corp., et al.*, Civil Action No. 05-1360 (ESH)

*McClure Telephone Co. v. AT&T, Corp., et al.*, Civil Action No. 05-01681 (ESH)

*Lexcom Telephone Co. v. AT&T Corp., et al*., Civil Action No. 05-01740 (ESH)

The parties have agreed to coordinate discovery in the Coordinated Actions. Unless the parties otherwise agree or the Court so orders, no individual shall be deposed more than once in the Coordinated Actions.

      3.      Each side shall provide initial disclosures, as provided under Fed R.Civ.P. 26(a)(1), by **September 28, 2005.**

      4.      All fact discovery shall be commenced in time to be completed by **April 30, 2006**.

      5.      Plaintiffs in the Coordinated Actions collectively may take fifteen depositions of AT&T and its current and former employees. AT&T may take ten depositions of the current and former employees of each plaintiff.

      6.      Plaintiffs collectively in the Coordinated Actions may propound up to 50 interrogatories, and AT&T may likewise propound up to 50 interrogatories. To the extent that AT&T propounds identical interrogatories of more than one plaintiff or more than one plaintiff propounds identical interrogatories on AT&T, each such identical interrogatory shall count as only one interrogatory for purposes of the foregoing limit.

      7.      Each party shall disclose any experts and provide the information required by Fed.R.Civ.P. 26(a)(2) on any issue as to which it has the burden of proof by **May 31, 2006**. Depositions of such experts shall be begun not less than 20 days thereafter and shall be completed not more than 50 days thereafter.

      8.      Each party shall disclose any experts and provide the information required by Fed.R.Civ.P. 26(a)(2) with respect to rebuttal (or any issues as to which the party does not have the burden of proof) by **June 30, 2006**. Depositions of such experts shall be begun not less than 20 days thereafter and shall be completed not more than 50 days thereafter.

9. Any motions for leave to amend pleadings or to join additional parties shall be filed at least 60 days before the close of fact discovery.

10. Any dispositive motions shall be filed by **September 11, 2006**. Oppositions shall be due 28 days after the motions are filed, and replies 14 days thereafter.

11. A final pretrial conference shall be held not later than **November 19, 2006**. At that time, a trial date will be set within 30 to 60 days thereafter.

ENTERED:


Date:  September 14, 2005    _____
ELLEN SEGAL HUVELLE
United States District Judge