IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:05cv01360 |
| AT&T CORP., *et al.* | )<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT OF GERI LANCASTER

STATE OF GEORGIA   )
                   ) SS
COUNTY OF FULTON   )

Geri Lancaster, being first duly sworn, states that:

1. My name is Geri Lancaster. My business address is 600 North Point Parkway, Alpharetta, GA 30005. I have personal knowledge of the facts stated in this affidavit.

2. I am employed by AT&T Corporation ("AT&T") as a Manager in the Connectivity Billing Management (CBM) organization, a position I have held since February 1, 1999. My current job function is the Manager of CLEC Operations within CBM. I am responsible for managing approximately 20 employees together with whom I ensure the validation, processing and payment of CLEC Access invoices rendered to AT&T and its subsidiaries.

3. I recently examined records of bills for switched access services provided to AT&T by ITC^DeltaCom Communications, Inc. ("ITCD"), Business Telecom, Inc. ("BTI"), Granite Telecommunications, LLC ("Granite"), and various affiliates of RCN Corporation ("RCN"), (collectively "Plaintiffs"). AT&T generally receives switched access services bills from Plaintiffs on a monthly basis. I reviewed these records to determine the usage-related charges for switched access services that Plaintiffs billed AT&T in each state (including the District of Columbia) in various periods.[1]

4. The records sent by Plaintiffs and retained by AT&T indicate the state in which the access services were provided. For each bill date, beginning in August, 2004 through July, 2005, I examined the amount of usage-related charges billed by Plaintiffs for each month and for each state. I have attached summaries of the results (Exhibits 1-4).

5. These spreadsheets indicate the amounts billed by Plaintiffs per month and per state, the total amounts billed by Plaintiffs in the period for each state, and the total amounts of billing by Plaintiffs for all states during the period. Finally, for each state, I divided the total amounts billed in the period in a state by the total amounts billed in the period for all states, to determine the percentages of traffic billed by Plaintiffs in each state.

6. Exhibits 1 & 2 indicate the states in which ITCD and BTI billed AT&T for usage-related switched access charges over the 12-month period from August, 2004

---

[1] By counting usage-based charges, I include any charges that reflect the minutes of use and per message-rated elements of switched access services. Usage-based charges do not include a "PICC" charge, which is a fixed charge that carriers like the Plaintiffs bill to AT&T for each customer that "presubscribes" to AT&T's long distance services. In some states, usage-based charges do not include any adjustments rendered for corrections to prior billed charges.

through July, 2005. Because ITCD and BTI did not bill AT&T for usage-related switched access charges in the District of Columbia, the District of Columbia is not listed as a state in either exhibit.

7. As indicated in Exhibit 3, over the 12-month period from August, 2004 through July, 2005, Granite's bills to AT&T for usage-related switched access charges in the District of Columbia were less than $225 per month on average, and for the entire year, totaled only $2,669.62. The amount that Granite billed AT&T for usage in the District of Columbia was only *0.14%* of Granite's total billings to AT&T.

8. As indicated in Exhibit 4, over the 12-month period from August, 2004 through July, 2005, RCN's bills to AT&T for usage-related switched access charges in the District of Columbia were only 5.64% of RCN's total billings to AT&T.

_____
Geri Lancaster

Subscribed and sworn to before me this 9 day of September 2005.

WITNESS my hand and official seal

_____
Notary Public

CAROLYN DRAPER

NOTARY PUBLIC GWINNETT COUNTY GEORGIA

MY COMMISSION EXPIRES APRIL 18, 2008

4

# EXHIBIT 1

## ITC^DeltaCom - Billed Usage by State for 8/04 Through 7/05 Bill Dates

| State | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | $ 25,115.73 | $ 19,806.12 | $ 18,156.01 | $ 18,745.57 | $ 17,506.57 | $ 16,096.48 | $ 17,587.60 | $ 16,414.99 | $ 18,390.01 | $ 16,868.61 | $ 17,413.90 | $ 15,785.81 | $ 217,887.40 | |
|  | $ 160.86 | | | | | | | | $ 1.10 | $ 1.21 | | | $ 163.17 | |
|  | $ 6,777.41 | $ 4,929.83 | $ 4,488.97 | $ 4,993.51 | $ 4,574.13 | $ 4,657.32 | $ 4,324.77 | $ 3,852.32 | $ 3,891.10 | $ 3,263.27 | $ 3,291.71 | $ 2,782.43 | $ 51,826.77 | |
| AL Total | $ 32,054.00 | $ 24,735.95 | $ 22,644.98 | $ 23,739.08 | $ 22,080.70 | $ 20,753.80 | $ 21,912.37 | $ 20,267.31 | $ 22,282.21 | $ 20,133.09 | $ 20,705.61 | $ 18,568.24 | $ 269,877.34 | 14.36% |
| FL | $ 91,964.08 | $ 71,115.54 | $ 67,196.01 | $ 74,485.73 | $ 75,005.36 | $ 71,026.95 | $ 74,769.57 | $ 71,791.64 | $ 84,400.66 | $ 75,002.29 | $ 76,246.70 | $ 57,878.03 | $ 890,882.56 | |
|  | $ 11,605.82 | $ 9,000.96 | $ 7,602.91 | $ 8,550.47 | $ 7,292.66 | $ 7,309.27 | $ 7,364.54 | $ 6,621.41 | $ 6,638.72 | $ 5,813.75 | $ 6,010.31 | $ 5,628.87 | $ 89,439.69 | |
| FL Total | $ 103,569.90 | $ 80,116.50 | $ 74,798.92 | $ 83,036.20 | $ 82,298.02 | $ 78,336.22 | $ 82,134.11 | $ 78,413.05 | $ 91,039.38 | $ 80,816.04 | $ 82,257.01 | $ 63,506.90 | $ 980,322.25 | 52.17% |
| GA | $ 20,368.67 | $ 16,247.08 | $ 15,592.17 | $ 15,412.55 | $ 14,370.49 | $ 12,120.49 | $ 14,255.35 | $ 13,373.06 | $ 14,508.50 | $ 13,389.14 | $ 14,519.15 | $ 12,755.00 | $ 176,911.65 | |
|  | $ 5,107.59 | $ 3,766.33 | $ 3,458.46 | $ 3,617.99 | $ 3,197.82 | $ 3,548.81 | $ 2,964.09 | $ 2,825.11 | $ 2,452.43 | $ 2,144.01 | $ 1,814.90 | $ 1,754.89 | $ 36,652.43 | |
| GA Total | $ 25,476.26 | $ 20,013.41 | $ 19,050.63 | $ 19,030.54 | $ 17,568.31 | $ 15,669.30 | $ 17,219.44 | $ 16,198.17 | $ 16,960.93 | $ 15,533.15 | $ 16,334.05 | $ 14,509.89 | $ 213,564.08 | 11.37% |
| LA | $ 1,553.32 | $ 1,108.34 | $ 913.72 | $ 1,157.07 | $ 1,119.79 | $ 1,173.91 | $ 1,491.42 | $ 1,344.43 | $ 1,172.13 | $ 1,026.07 | $ 938.65 | $ 879.44 | $ 13,878.29 | |
| LA Total | $ 1,553.32 | $ 1,108.34 | $ 913.72 | $ 1,157.07 | $ 1,119.79 | $ 1,173.91 | $ 1,491.42 | $ 1,344.43 | $ 1,172.13 | $ 1,026.07 | $ 938.65 | $ 879.44 | $ 13,878.29 | 0.74% |
| MS | $ 12,827.92 | $ 10,093.22 | $ 8,985.74 | $ 8,734.68 | $ 7,724.10 | $ 6,931.85 | $ 7,900.96 | $ 8,357.31 | $ 9,098.11 | $ 8,453.11 | $ 8,628.96 | $ 7,454.89 | $ 105,190.85 | |
|  | $ 3,665.63 | $ 2,437.41 | $ 2,079.81 | $ 2,246.16 | $ 1,992.07 | $ 2,382.09 | $ 2,038.62 | $ 1,887.89 | $ 1,727.54 | $ 1,505.53 | $ 1,423.00 | $ 1,403.16 | $ 24,788.91 | |
| MS Total | $ 16,493.55 | $ 12,530.63 | $ 11,065.55 | $ 10,980.84 | $ 9,716.17 | $ 9,313.94 | $ 9,939.58 | $ 10,245.20 | $ 10,825.65 | $ 9,958.64 | $ 10,051.96 | $ 8,858.05 | $ 129,979.76 | 6.92% |
| NC | $ 5,526.96 | $ 4,244.12 | $ 4,122.35 | $ 4,271.63 | $ 3,707.66 | $ 3,137.54 | $ 3,124.33 | $ 3,104.04 | $ 3,014.29 | $ 2,993.65 | $ 2,993.51 | $ 1,955.54 | $ 42,195.62 | |
|  | $ 5,196.08 | $ 2,596.13 | $ 2,730.78 | $ 2,878.03 | $ 2,733.33 | $ 1,870.97 | $ 3,370.99 | $ 2,678.86 | $ 3,876.23 | $ 2,498.64 | $ 2,346.05 | $ 1,909.78 | $ 34,685.87 | |
| NC Total | $ 10,723.04 | $ 6,840.25 | $ 6,853.13 | $ 7,149.66 | $ 6,440.99 | $ 5,008.51 | $ 6,495.32 | $ 5,782.90 | $ 6,890.52 | $ 5,492.29 | $ 5,339.56 | $ 3,865.32 | $ 76,881.49 | 4.09% |
| SC | $ 8,557.84 | $ 6,794.06 | $ 6,471.24 | $ 16,767.93 | $ 13,065.97 | $ 8,185.23 | $ 9,064.42 | $ 9,185.25 | $ 10,003.51 | $ 9,660.75 | $ 9,211.74 | $ 8,119.83 | $ 115,087.77 | |
|  | $ 2,346.88 | $ 1,863.11 | $ 1,699.94 | $ 1,706.44 | $ 1,491.47 | $ 1,661.38 | $ 1,520.55 | $ 1,427.34 | $ 1,357.23 | $ 1,183.60 | $ 1,215.47 | $ 1,014.44 | $ 18,487.85 | |
| SC Total | $ 10,904.72 | $ 8,657.17 | $ 8,171.18 | $ 18,474.37 | $ 14,557.44 | $ 9,846.61 | $ 10,584.97 | $ 10,612.59 | $ 11,360.74 | $ 10,844.35 | $ 10,427.21 | $ 9,134.27 | $ 133,575.62 | 7.11% |
| TN | $ 5,227.01 | $ 4,086.68 | $ 3,720.70 | $ 3,530.41 | $ 3,281.29 | $ 3,271.82 | $ 3,533.56 | $ 3,119.74 | $ 3,729.43 | $ 3,237.99 | $ 3,330.18 | $ 2,882.23 | $ 42,951.04 | |
|  | $ 2,136.08 | $ 1,651.54 | $ 1,457.34 | $ 1,657.93 | $ 1,554.48 | $ 1,630.35 | $ 1,317.61 | $ 1,217.45 | $ 1,051.14 | $ 892.27 | $ 861.93 | $ 868.98 | $ 16,297.10 | |
| TN Total | $ 7,363.09 | $ 5,738.22 | $ 5,178.04 | $ 5,188.34 | $ 4,835.77 | $ 4,902.17 | $ 4,851.17 | $ 4,337.19 | $ 4,780.57 | $ 4,130.26 | $ 4,192.11 | $ 3,751.21 | $ 59,248.14 | 3.15% |
| TX | $ 197.03 | $ 209.83 | $ 101.00 | $ 247.35 | $ 184.28 | $ 219.94 | $ 88.71 | $ 44.58 | $ 57.35 | $ 78.58 | $ 178.62 | $ 60.32 | $ 1,667.59 | |
| TX Total | $ 197.03 | $ 209.83 | $ 101.00 | $ 247.35 | $ 184.28 | $ 219.94 | $ 88.71 | $ 44.58 | $ 57.35 | $ 78.58 | $ 178.62 | $ 60.32 | $ 1,667.59 | 0.09% |
| Grand Total | $ 208,334.91 | $ 159,950.30 | $ 148,777.15 | $ 169,003.45 | $ 158,801.47 | $ 145,224.40 | $ 154,717.09 | $ 147,245.42 | $ 165,369.48 | $ 148,012.47 | $ 150,424.78 | $ 123,133.64 | $ 1,878,994.56 | |

# EXHIBIT 2

## Business Telecom Inc. - Billed Usage by State for 8/04 Through 7/05 Bill Dates

| State | Bill Month Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | $ 819.97 | $ 738.93 | $ 590.03 | $ 576.98 | $ 511.32 | $ 411.18 | $ 668.34 | $ 401.58 | $ 355.45 | $ 379.72 | $ 303.64 | $ 366.31 | $ 6,123.45 | |
|  | $ 156.71 | | | | | | | | | | | | $ 156.71 | |
| AL Total | $ 976.68 | $ 738.93 | $ 590.03 | $ 576.98 | $ 511.32 | $ 411.18 | $ 668.34 | $ 401.58 | $ 355.45 | $ 379.72 | $ 303.64 | $ 366.31 | $ 6,280.16 | 0.33% |
| FL | $ 20,831.99 | $ 19,018.66 | $ 18,323.41 | $ 15,942.73 | $ 14,772.17 | $ 9,148.13 | $ 12,684.60 | $ 8,252.22 | $ 8,014.21 | $ 9,218.09 | $ 8,153.87 | $ 7,581.58 | $ 151,941.66 | |
|  | $ 31,853.24 | $ 32,927.79 | $ 29,549.69 | $ 18,929.66 | $ 13,390.90 | $ 11,673.37 | $ 13,820.61 | $ 10,792.11 | $ 13,927.92 | $ 10,070.48 | $ 9,385.95 | $ 10,917.01 | $ 207,238.73 | |
| FL Total | $ 52,685.23 | $ 51,946.45 | $ 47,873.10 | $ 34,872.39 | $ 28,163.07 | $ 20,821.50 | $ 26,505.21 | $ 19,044.33 | $ 21,942.13 | $ 19,288.57 | $ 17,539.82 | $ 18,498.59 | $ 359,180.39 | 18.90% |
| GA | $ 2,625.15 | $ 2,361.92 | $ 2,069.84 | $ 1,863.67 | $ 1,799.06 | $ 1,291.03 | $ 2,259.12 | $ 1,556.61 | $ 1,552.66 | $ 1,417.24 | $ 1,229.29 | $ 1,408.38 | $ 21,433.97 | |
|  | $ 6,694.67 | $ 6,613.98 | $ 5,856.27 | $ 4,820.49 | $ 3,878.22 | $ 3,974.24 | $ 5,200.65 | $ 3,773.04 | $ 3,573.70 | $ 3,016.01 | $ 2,661.36 | $ 3,038.70 | $ 53,101.33 | |
| GA Total | $ 9,319.82 | $ 8,975.90 | $ 7,926.11 | $ 6,684.16 | $ 5,677.28 | $ 5,265.27 | $ 7,459.77 | $ 5,329.65 | $ 5,126.36 | $ 4,433.25 | $ 3,890.65 | $ 4,447.08 | $ 74,535.30 | 3.92% |
| KY | $ 299.09 | $ 279.45 | $ 253.01 | $ 222.59 | $ 143.20 | $ 121.69 | $ 239.26 | $ 172.45 | $ 171.03 | $ 149.25 | $ 140.02 | $ 55.78 | $ 2,246.82 | |
|  | $ 0.31 | $ 0.94 | $ 0.40 | $ 0.14 | $ 0.21 | $ 0.08 | $ 1.93 | $ 2.29 | $ 2.59 | $ 2.25 | $ 2.12 | $ 3.52 | $ 16.78 | |
| KY Total | $ 299.40 | $ 280.39 | $ 253.41 | $ 222.73 | $ 143.41 | $ 121.77 | $ 241.19 | $ 174.74 | $ 173.62 | $ 151.50 | $ 142.14 | $ 59.30 | $ 2,263.60 | 0.12% |
| LA | $ 344.40 | $ 236.79 | $ 179.29 | $ 185.50 | $ 189.35 | $ 153.96 | $ 261.32 | $ 154.27 | $ 89.02 | $ 97.71 | $ 70.05 | $ 83.37 | $ 2,045.03 | |
|  | $ 0.45 | $ 0.37 | $ 0.48 | $ 0.25 | $ 0.53 | $ 0.02 | $ 0.05 | $ 0.06 | $ 0.29 | $ 0.23 | $ 0.25 | $ 0.34 | $ 3.32 | |
| LA Total | $ 344.85 | $ 237.16 | $ 179.77 | $ 185.75 | $ 189.88 | $ 153.98 | $ 261.37 | $ 154.33 | $ 89.31 | $ 97.94 | $ 70.30 | $ 83.71 | $ 2,048.35 | 0.11% |
| MS | $ 230.58 | $ 167.22 | $ 170.93 | $ 132.34 | $ 125.35 | $ 98.45 | $ 176.63 | $ 102.05 | $ 68.72 | $ 76.67 | $ 53.53 | $ 61.95 | $ 1,464.42 | |
| MS Total | $ 230.58 | $ 167.22 | $ 170.93 | $ 132.34 | $ 125.35 | $ 98.45 | $ 176.63 | $ 102.05 | $ 68.72 | $ 76.67 | $ 53.53 | $ 61.95 | $ 1,464.42 | 0.08% |
| NC | $ 33,369.56 | $ 29,237.84 | $ 28,937.37 | $ 31,091.96 | $ 38,467.19 | $ 25,173.16 | $ 29,813.15 | $ 25,456.96 | $ 19,346.10 | $ 32,860.26 | $ 22,280.73 | $ 21,984.28 | $ 338,018.56 | |
|  | $ 115,548.28 | $ 118,555.16 | $ 92,776.68 | $ 87,549.17 | $ 67,059.08 | $ 59,069.15 | $ 86,237.94 | $ 65,127.32 | $ 78,383.32 | $ 63,153.41 | $ 56,809.28 | $ 63,471.17 | $ 953,739.96 | |
| NC Total | $ 148,917.84 | $ 147,793.00 | $ 121,714.05 | $ 118,641.13 | $ 105,526.27 | $ 84,242.31 | $ 116,051.09 | $ 90,584.28 | $ 97,729.42 | $ 96,013.67 | $ 79,090.01 | $ 85,455.45 | $ 1,291,758.52 | 67.98% |
| SC | $ 2,407.83 | $ 2,065.06 | $ 1,897.64 | $ 1,704.49 | $ 1,453.72 | $ 1,188.92 | $ 1,941.14 | $ 1,401.87 | $ 1,455.80 | $ 1,169.24 | $ 911.01 | $ 977.09 | $ 18,573.81 | |
|  | $ 9,757.59 | $ 9,613.46 | $ 8,016.91 | $ 6,435.96 | $ 5,516.80 | $ 5,377.79 | $ 7,676.72 | $ 5,668.38 | $ 6,318.24 | $ 5,444.47 | $ 5,376.50 | $ 5,742.62 | $ 80,945.44 | |
| SC Total | $ 12,165.42 | $ 11,678.52 | $ 9,914.55 | $ 8,140.45 | $ 6,970.52 | $ 6,566.71 | $ 9,617.86 | $ 7,070.25 | $ 7,774.04 | $ 6,613.71 | $ 6,287.51 | $ 6,719.71 | $ 99,519.25 | 5.24% |
|  | $ 2.51 | $ 1.69 | $ 3.07 | $ 3.71 | $ 3.80 | $ 2.85 | $ 4.11 | $ 3.30 | $ 2.35 | $ 2.22 | $ 1.17 | $ 0.58 | $ 31.36 | |
| TN | $ 1,686.96 | $ 1,367.62 | $ 1,266.44 | $ 1,422.94 | $ 1,498.20 | $ 1,324.09 | $ 1,834.28 | $ 1,401.81 | $ 1,048.93 | $ 761.55 | $ 844.45 | $ 1,062.70 | $ 15,519.97 | |
|  | $ 525.78 | $ 542.11 | $ 515.85 | $ 359.55 | $ 229.35 | $ 304.64 | $ 465.05 | $ 296.25 | $ 324.92 | $ 269.50 | $ 222.57 | $ 291.98 | $ 4,347.55 | |
| TN Total | $ 2,215.25 | $ 1,911.42 | $ 1,785.36 | $ 1,786.20 | $ 1,731.35 | $ 1,631.58 | $ 2,303.44 | $ 1,701.36 | $ 1,376.20 | $ 1,033.27 | $ 1,068.19 | $ 1,355.26 | $ 19,898.88 | 1.05% |
| VA | $ 5,863.87 | $ 5,296.78 | $ 4,715.96 | $ 4,856.00 | $ 4,243.70 | $ 3,202.81 | $ 3,463.22 | $ 2,559.14 | $ 2,615.40 | $ 2,228.73 | $ 1,946.96 | $ 2,264.69 | $ 43,257.26 | |
| VA Total | $ 5,863.87 | $ 5,296.78 | $ 4,715.96 | $ 4,856.00 | $ 4,243.70 | $ 3,202.81 | $ 3,463.22 | $ 2,559.14 | $ 2,615.40 | $ 2,228.73 | $ 1,946.96 | $ 2,264.69 | $ 43,257.26 | 2.28% |
| Grand Total | $ 233,018.94 | $ 229,025.77 | $ 195,123.27 | $ 176,098.13 | $ 153,282.15 | $ 122,515.56 | $ 166,748.12 | $ 127,121.71 | $ 137,250.65 | $ 130,317.03 | $ 110,392.75 | $ 119,312.05 | $ 1,900,206.13 | |

# EXHIBIT 3

**Granite - Billed Usage by State for 8/04 Through 7/05 Bill Dates**

| State | Bill Month Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | $1,048.25 | $907.49 | $925.33 | $942.99 | $988.64 | $1,047.26 | $1,079.03 | $1,082.81 | $918.00 | $889.48 | $1,009.51 | $1,009.87 | $11,848.66 | 0.64% |
| AR | $156.73 | $81.19 | $125.30 | $168.11 | $194.15 | $273.63 | $320.27 | $642.58 | $764.88 | $892.88 | $1,504.21 | $917.08 | $6,041.01 | 0.33% |
| AZ | $765.74 | $992.66 | $1,135.75 | $1,183.76 | $1,383.52 | $2,148.96 | $2,337.95 | $2,235.96 | $2,180.97 | $2,830.82 | $2,791.67 | $3,030.03 | $23,017.79 | 1.25% |
| CA | $10,558.30 | $14,717.50 | $9,101.25 | $9,559.11 | $10,873.64 | $10,662.17 | $12,274.41 | $12,011.59 | $12,161.73 | $14,563.52 | $15,819.03 | $15,266.10 | $147,568.35 | 8.00% |
| CO | $1,104.66 | $1,193.60 | $1,069.75 | $1,155.45 | $1,340.76 | $1,827.18 | $1,866.62 | $1,939.36 | $1,987.83 | $2,309.71 | $2,333.02 | $2,369.04 | $20,496.98 | 1.11% |
| CT |  |  | $1,268.05 | $746.49 | $1,374.93 | $1,462.97 | $1,407.49 | $1,459.07 | $1,421.75 | $1,401.85 | $1,961.44 | $2,663.56 | $15,167.60 | 0.82% |
| DC | $161.68 | $154.52 | $163.18 | $205.32 | $188.89 | $217.64 | $252.87 | $275.72 | $237.33 | $231.77 | $286.02 | $294.68 | $2,669.62 | 0.14% |
| DE | $729.67 | $669.93 | $642.06 | $641.38 | $657.08 | $723.64 | $712.87 | $693.30 | $729.90 | $698.82 | $700.57 | $749.83 | $8,349.05 | 0.45% |
| FL | $12,089.39 | $12,732.77 | $14,715.47 | $14,085.65 | $12,167.57 | $12,250.97 | $12,357.12 | $12,286.94 | $12,128.27 | $11,550.98 | $13,451.41 | $14,139.63 | $153,956.17 | 8.35% |
| GA | $2,177.04 | $2,137.44 | $2,095.52 | $2,258.09 | $2,110.66 | $2,089.24 | $2,284.94 | $2,284.56 | $2,270.56 | $2,334.98 | $2,017.58 | $2,339.82 | $26,400.43 | 1.43% |
| HI | $353.86 | $362.46 | $357.39 | $391.65 | $443.48 | $552.25 | $552.90 | $552.98 | $655.43 | $769.99 | $653.56 | $652.36 | $6,298.31 | 0.34% |
| IA | $220.34 | $230.10 | $269.85 | $304.26 | $338.42 | $379.72 | $410.98 | $501.99 | $553.33 | $497.64 | $551.23 | $566.68 | $4,824.54 | 0.26% |
| ID | $179.36 | $226.43 | $236.07 | $351.59 | $485.99 | $559.59 | $576.49 | $598.12 | $722.67 | $758.92 | $638.99 | $641.63 | $5,975.85 | 0.32% |
| IL | $1,504.81 | $1,560.59 | $1,553.99 | $1,587.09 | $1,642.24 | $2,395.59 | $2,196.58 | $2,017.38 | $2,064.33 | $2,415.21 | $2,354.28 | $2,537.48 | $23,829.57 | 1.29% |
| IN | $660.59 | $746.90 | $769.25 | $919.73 | $948.66 | $992.39 | $1,080.73 | $993.03 | $979.88 | $1,236.79 | $1,146.48 | $1,199.35 | $11,673.78 | 0.63% |
| KS | $336.66 | $169.34 | $209.36 | $217.12 | $230.96 | $259.82 | $265.95 | $336.59 | $413.10 | $412.07 | $424.22 | $377.37 | $3,652.56 | 0.20% |
| KY | $920.28 | $930.37 | $1,036.61 | $901.70 | $644.41 | $935.64 | $926.89 | $726.02 | $774.06 | $792.64 | $768.43 | $829.15 | $10,186.20 | 0.55% |
| LA | $1,605.46 | $1,596.96 | $1,558.23 | $1,647.98 | $1,648.61 | $1,629.08 | $1,840.33 | $1,822.97 | $1,834.01 | $1,725.16 | $1,928.36 | $2,130.23 | $20,967.38 | 1.14% |
| MA | $3,519.52 | $3,539.39 | $3,309.16 | $3,419.71 | $3,215.42 | $3,216.96 | $3,672.94 | $3,320.99 | $3,493.89 | $3,643.15 | $3,838.12 | $3,592.79 | $41,782.04 | 2.27% |
| MD | $7,478.39 | $6,759.05 | $6,701.14 | $6,996.23 | $7,454.44 | $8,135.56 | $8,215.35 | $7,469.52 | $8,647.00 | $7,738.82 | $8,034.93 | $7,599.21 | $91,229.64 | 4.95% |
| ME | $736.64 | $702.82 | $708.32 | $730.73 | $785.93 | $815.58 | $913.83 | $798.85 | $855.68 | $952.23 | $1,001.74 | $985.26 | $9,987.61 | 0.54% |
| MI | $1,357.81 | $1,390.18 | $1,484.41 | $1,519.68 | $1,602.39 | $1,896.84 | $1,892.03 | $1,634.31 | $1,915.85 | $2,210.96 | $2,115.47 | $2,198.59 | $21,218.52 | 1.15% |
| MN | $336.92 | $289.67 | $293.91 | $321.74 | $400.17 | $557.04 | $521.12 | $476.01 | $630.40 | $726.75 | $781.75 | $836.57 | $6,172.05 | 0.33% |
| MO | $1,285.19 | $851.38 | $782.65 | $834.58 | $784.02 | $944.51 | $992.49 | $1,037.65 | $1,141.40 | $1,161.92 | $1,260.79 | $1,445.10 | $12,521.68 | 0.68% |
| MS | $824.39 | $789.02 | $810.64 | $687.41 | $685.08 | $684.45 | $650.04 | $688.89 | $653.35 | $675.63 | $652.17 | $703.07 | $8,504.14 | 0.46% |
| MT | $191.87 | $211.65 | $249.69 | $313.05 | $391.62 | $468.16 | $431.76 | $382.16 | $440.85 | $489.82 | $473.99 | $473.16 | $4,517.78 | 0.25% |
| NC | $1,525.06 | $1,627.36 | $2,650.04 | $1,806.55 | $1,903.17 | $2,115.62 | $2,144.54 | $2,075.68 | $2,428.97 | $1,807.81 | $2,708.50 | $2,383.39 | $25,176.69 | 1.37% |
| ND | $33.09 | $86.24 | $142.53 | $188.02 | $177.29 | $214.31 | $231.37 | $194.82 | $175.35 | $161.65 | $169.78 | $183.31 | $1,957.76 | 0.11% |
| NE | $39.35 | $39.45 | $41.45 | $45.24 | $43.69 | $56.90 | $58.51 | $74.83 | $75.33 | $66.45 | $68.18 | $79.90 | $689.28 | 0.04% |
| NH | $4,874.09 | $4,375.48 | $4,112.41 | $4,348.61 | $4,947.79 | $5,227.14 | $5,211.93 | $4,837.89 | $5,044.33 | $5,000.85 | $5,297.17 | $4,927.01 | $58,204.70 | 3.16% |
| NJ | $10,013.55 | $9,678.98 | $10,609.37 | $9,501.65 | $10,000.92 | $10,885.96 | $10,500.58 | $9,756.23 | $11,159.75 | $10,150.21 | $10,304.74 | $10,777.24 | $123,339.18 | 6.69% |
| NM | $250.60 | $273.86 | $290.95 | $316.51 | $341.14 | $435.28 | $443.65 | $502.64 | $646.26 | $752.83 | $676.99 | $913.05 | $5,843.76 | 0.32% |
| NV | $39.53 | $63.20 | $527.64 | $242.97 | $345.32 | $463.33 | $676.42 | $552.37 | $636.07 | $388.60 | $1,113.01 | $728.61 | $5,777.07 | 0.31% |
| NY | $23,694.89 | $22,302.49 | $21,587.66 | $22,659.63 | $23,336.83 | $25,449.29 | $24,745.07 | $23,145.24 | $24,979.42 | $25,628.29 | $21,555.55 | $26,309.55 | $285,393.91 | 15.48% |
| OH | $1,247.01 | $1,382.13 | $1,343.81 | $1,585.44 | $1,566.50 | $1,675.12 | $1,862.20 | $1,857.96 | $1,646.03 | $3,790.21 | $3,633.78 | $4,215.48 | $25,805.67 | 1.40% |
| OK | $443.27 | $225.21 | $221.44 | $281.89 | $270.83 | $262.52 | $275.70 | $278.37 | $287.39 | $320.32 | $353.36 | $339.49 | $3,559.79 | 0.19% |
| OR | $255.87 | $274.86 | $261.42 | $290.24 | $324.54 | $467.46 | $508.40 | $455.60 | $510.37 | $577.77 | $604.13 | $637.50 | $5,168.16 | 0.28% |
| PA | $15,224.50 | $14,478.32 | $11,434.30 | $13,882.19 | $15,235.09 | $16,439.45 | $16,985.50 | $14,420.51 | $17,421.14 | $17,110.22 | $17,580.79 | $20,503.65 | $190,715.66 | 10.34% |
| RI | $731.75 | $722.42 | $613.46 | $650.28 | $710.55 | $686.20 | $729.54 | $639.92 | $691.20 | $692.77 | $674.03 | $837.33 | $8,379.45 | 0.45% |
| SC | $1,522.06 | $1,370.46 | $1,392.66 | $1,378.71 | $1,198.48 | $1,239.12 | $1,286.11 | $1,340.51 | $1,598.44 | $1,455.82 | $1,685.80 | $1,845.36 | $17,313.53 | 0.94% |
| SD | $53.50 | $131.32 | $205.27 | $240.56 | $390.24 | $377.05 | $445.61 | $373.73 | $232.95 | $280.57 | $228.21 | $207.33 | $3,166.34 | 0.17% |
| TN | $1,386.86 | $1,383.80 | $1,323.88 | $1,315.99 | $1,113.98 | $1,234.56 | $1,215.65 | $1,251.71 | $1,373.95 | $1,262.64 | $1,290.99 | $1,376.42 | $15,530.43 | 0.84% |
| TX | $7,338.19 | $6,005.91 | $6,932.58 | $7,222.29 | $6,706.78 | $7,946.95 | $9,311.86 | $8,716.35 | $10,593.04 | $12,051.04 | $12,622.81 | $14,135.31 | $109,583.11 | 5.94% |
| UT | $461.03 | $439.50 | $416.58 | $459.99 | $479.02 | $649.68 | $601.05 | $613.20 | $648.79 | $704.82 | $776.33 | $1,179.14 | $7,429.13 | 0.40% |
| VA | $14,123.59 | $13,512.41 | $11,974.77 | $14,705.00 | $15,084.86 | $13,548.92 | $13,738.71 | $12,836.46 | $14,806.89 | $14,224.89 | $13,902.73 | $17,137.17 | $169,596.40 | 9.20% |
| VT | $374.98 | $374.97 | $305.26 | $357.34 | $370.59 | $420.56 | $439.91 | $510.37 | $496.94 |  | $497.62 | $577.63 | $4,726.17 | 0.26% |
| WA | $1,088.04 | $1,191.47 | $1,143.30 | $1,231.68 | $1,568.71 | $2,099.44 | $2,264.37 | $2,181.58 | $2,286.39 | $2,512.05 | $3,060.34 | $3,973.23 | $24,600.60 | 1.33% |
| WI | $422.22 | $464.95 | $438.31 | $447.92 | $503.17 | $562.97 | $621.66 | $597.91 | $583.60 | $688.12 | $653.25 | $735.73 | $6,719.81 | 0.36% |
| WV | $3,642.32 | $3,425.72 | $3,015.91 | $3,494.49 | $3,720.83 | $4,147.88 | $3,914.42 | $3,719.60 | $3,897.30 | $3,962.29 | $3,769.80 | $4,435.98 | $45,146.54 | 2.45% |
| WY | $37.62 | $39.11 | $40.77 | $45.35 | $43.60 | $78.73 | $85.86 | $101.98 | $152.66 | $162.93 | $154.46 | $146.43 | $1,089.50 | 0.06% |
| Grand Total | $139,126.52 | $137,813.03 | $132,598.10 | $138,789.14 | $143,365.60 | $153,811.28 | $158,332.60 | $149,454.81 | $162,799.01 | $167,665.66 | $171,881.32 | $188,132.88 | $1,843,769.95 |  |

# EXHIBIT 4

## RCN and Affiliates - Billed Usage by State for 8/04 Through 7/05 Bill Dates

| State | Company Name | Bill Month Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | RCN TELECOM SERVICES OF CA, INC | $ 11,204.20 | $ 11,149.33 | $ 10,526.76 | $ 10,367.44 | $ 10,799.81 | $ 10,919.41 | $ 10,583.26 | $ 9,949.65 | $ 11,222.12 | $ 10,160.64 | $ 10,359.73 | $ 10,239.20 | $ 127,481.55 | |
| CA Total | | $ 11,204.20 | $ 11,149.33 | $ 10,526.76 | $ 10,367.44 | $ 10,799.81 | $ 10,919.41 | $ 10,583.26 | $ 9,949.65 | $ 11,222.12 | $ 10,160.64 | $ 10,359.73 | $ 10,239.20 | $ 127,481.55 | 6.49% |
| DC | STARPOWER COMMUNICATIONS, LLC - DC | $ 2,226.97 | $ 2,424.51 | $ 2,333.55 | $ 2,183.43 | $ 2,489.91 | $ 2,131.21 | $ 2,555.08 | $ 2,225.80 | $ 2,329.95 | $ 2,115.45 | | | $ 23,015.86 | |
| DC | STARPOWER COMMUNICATIONS, LLC - DC | $ 7,093.18 | $ 7,686.19 | $ 7,403.68 | $ 6,944.44 | $ 7,862.66 | $ 6,797.68 | $ 8,083.31 | $ 7,090.85 | $ 7,485.42 | $ 6,768.04 | $ 7,317.84 | $ 7,234.30 | $ 87,767.59 | |
| DC Total | | $ 9,320.15 | $ 10,110.70 | $ 9,737.23 | $ 9,127.87 | $ 10,352.57 | $ 8,928.89 | $ 10,638.39 | $ 9,316.65 | $ 9,815.37 | $ 8,883.49 | $ 7,317.84 | $ 7,234.30 | $ 110,783.45 | 5.64% |
| IL | 21ST CENTURY TELCOM OF ILLINOIS/ RCN OF ILLINOIS | $ 10,013.40 | $ 10,447.21 | $ 9,755.04 | $ 10,063.20 | $ 9,268.10 | $ 9,090.86 | $ 10,378.36 | $ 10,072.15 | $ 10,513.72 | $ 8,595.91 | $ 7,674.76 | $ 7,351.76 | $ 113,224.47 | |
| IL Total | | $ 10,013.40 | $ 10,447.21 | $ 9,755.04 | $ 10,063.20 | $ 9,268.10 | $ 9,090.86 | $ 10,378.36 | $ 10,072.15 | $ 10,513.72 | $ 8,595.91 | $ 7,674.76 | $ 7,351.76 | $ 113,224.47 | 5.76% |
| MA | RCN TELECOM SERVICES, INC | $ 9,993.69 | $ 10,464.61 | $ 9,489.42 | $ 9,240.21 | $ 9,602.32 | $ 8,502.52 | $ 10,144.81 | $ 9,046.49 | $ 8,975.52 | $ 8,750.18 | | | $ 94,209.77 | |
| MA | RCN TELECOM SERVICES, INC | $ 41,738.48 | $ 44,593.57 | $ 28,591.54 | $ 28,111.15 | $ 28,950.87 | $ 25,751.96 | $ 30,965.30 | $ 27,769.99 | $ 27,849.92 | $ 27,119.92 | $ 28,021.57 | $ 24,589.15 | $ 364,053.42 | |
| MA Total | | $ 51,732.17 | $ 55,058.18 | $ 38,080.96 | $ 37,351.36 | $ 38,553.19 | $ 34,254.48 | $ 41,110.11 | $ 36,816.48 | $ 36,825.44 | $ 35,870.10 | $ 28,021.57 | $ 24,589.15 | $ 458,263.19 | 23.32% |
| MD | STARPOWER COMMUNICATIONS, LLC - MD | $ 901.79 | $ 917.29 | $ 841.24 | $ 811.58 | $ 851.98 | $ 779.93 | $ 905.07 | $ 751.78 | $ 791.31 | $ 709.47 | | | $ 8,261.44 | |
| MD | STARPOWER COMMUNICATIONS, LLC - MD | $ 4,696.10 | $ 4,788.90 | $ 4,401.47 | $ 4,241.70 | $ 4,457.19 | $ 4,083.46 | $ 4,735.45 | $ 3,946.37 | $ 4,200.73 | $ 3,747.68 | $ 4,136.60 | $ 4,072.74 | $ 51,508.39 | |
| MD Total | | $ 5,597.89 | $ 5,706.19 | $ 5,242.71 | $ 5,053.28 | $ 5,309.17 | $ 4,863.39 | $ 5,640.52 | $ 4,698.15 | $ 4,992.04 | $ 4,457.15 | $ 4,136.60 | $ 4,072.74 | $ 59,769.83 | 3.04% |
| NY | RCN TELECOM SERVICES, INC | $ 5,665.85 | $ 5,847.85 | $ 6,117.69 | $ 5,515.24 | $ 6,143.11 | $ 5,847.06 | $ 6,154.31 | $ 6,164.29 | $ 4,598.09 | $ 4,026.67 | | | $ 56,080.16 | |
| NY | RCN TELECOM SERVICES, INC | $ 40,483.13 | $ 42,178.31 | $ 43,451.28 | $ 38,901.45 | $ 43,992.08 | $ 41,507.64 | $ 43,583.31 | $ 44,670.94 | $ 35,195.76 | $ 30,945.42 | $ 31,919.19 | $ 33,432.76 | $ 470,261.27 | |
| NY Total | | $ 46,148.98 | $ 48,026.16 | $ 49,568.97 | $ 44,416.69 | $ 50,135.19 | $ 47,354.70 | $ 49,737.62 | $ 50,835.23 | $ 39,793.85 | $ 34,972.09 | $ 31,919.19 | $ 33,432.76 | $ 526,341.43 | 26.78% |
| PA | RCN TELECOM SERVICES OF PA, INC | $ 12,484.48 | $ 13,313.99 | $ 12,545.77 | $ 12,433.15 | $ 12,004.12 | $ 12,029.90 | $ 13,305.63 | $ 11,113.79 | $ 13,006.83 | $ 11,071.68 | | | $ 123,309.34 | |
| PA | RCN TELECOM SERVICES OF PA, INC | $ 35,227.11 | $ 37,652.82 | $ 36,892.36 | $ 36,686.55 | $ 35,472.47 | $ 35,575.28 | $ 39,165.79 | $ 32,762.00 | $ 38,760.61 | $ 33,110.08 | $ 35,538.85 | $ 36,359.20 | $ 433,203.12 | |
| PA Total | | $ 47,711.59 | $ 50,966.81 | $ 49,438.13 | $ 49,119.70 | $ 47,476.59 | $ 47,605.18 | $ 52,471.42 | $ 43,875.79 | $ 51,767.44 | $ 44,181.76 | $ 35,538.85 | $ 36,359.20 | $ 556,512.46 | 28.32% |
| VA | STARPOWER COMMUNICATIONS, LLC | $ 229.14 | $ 262.74 | $ 248.99 | $ 278.84 | $ 188.95 | $ 139.46 | $ 139.30 | $ 110.37 | $ 124.62 | $ 91.89 | | | $ 1,814.30 | |
| VA | STARPOWER COMMUNICATIONS, LLC | $ 1,234.72 | $ 1,333.49 | $ 1,348.05 | $ 1,471.71 | $ 1,073.16 | $ 839.58 | $ 819.31 | $ 619.85 | $ 644.19 | $ 513.87 | $ 533.76 | $ 587.83 | $ 11,019.52 | |
| VA Total | | $ 1,463.86 | $ 1,596.23 | $ 1,597.04 | $ 1,750.55 | $ 1,262.11 | $ 979.04 | $ 958.61 | $ 730.22 | $ 768.81 | $ 605.76 | $ 533.76 | $ 587.83 | $ 12,833.82 | 0.65% |
| Grand Total | | $ 183,192.24 | $ 193,060.81 | $ 173,946.84 | $ 167,250.09 | $ 173,156.73 | $ 163,995.95 | $ 181,518.29 | $ 166,294.32 | $ 165,698.79 | $ 147,726.90 | $ 125,502.30 | $ 123,866.94 | $ 1,965,210.20 | |