# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., BUSINESS TELECOM, INC., AND BUSINESS TELECOM OF VIRGINIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., AT&T COMMUNICATIONS, INC., AND DOES 1-20, <br><br> Defendants. | Case No. 1:05-CV-01360 (ESH) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric J. Branfman and Joshua M. Bobeck as counsel of record on behalf of Plaintiffs, ITC^DeltaCom Communications, Inc.., Business Telecom, Inc., and Business Telecom of Virginia, Inc.

                                                Respectfully submitted,

                                                   /s/ Eric J. Branfman
                                              Eric J. Branfman
                                              DC Bar No. 164186
                                              Swidler Berlin LLP
                                              3000 K Street, NW
                                              Suite 300
                                              Washington, DC  20007
                                              (202) 424-7500
                                              ejbranfman@swidlaw.com

- 2 -

        /s/ Joshua M. Bobeck
Joshua M. Bobeck
DC Bar No. 443620
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC  20007
(202) 424-7500
jmbobeck@swidlaw.com

Dated:  September 13, 2005

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 13th day of September, 2005, as follows:

David M. Schiffman
Sidley Austin Brown & Wood LLP
Bank One Plaza, 10 South Dearborn
Chicago, IL  60603

                                                /s/ Anitra D. Goodman
                                        **Attorneys for Plaintiffs**