**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: )<br>)<br>AT&T ACCESS CHARGES LITIGATION )<br>)<br>) | Civil Action No. 05-1360 |
| )<br>THIS DOCUMENT RELATES TO: )<br>RCN TELECOM SERVICES, INC.; )<br>RCN-BECOCOM, LLC; STARPOWER )<br>COMMUNICATIONS, LLC; RCN TELECOM )<br>SERVICES OF ILLINOIS, LLC; )<br>RCN TELECOM SERVICES OF )<br>PHILADELPHIA, INC.; RCN TELECOM )<br>SERVICES OF MASSACHUSETTS, INC.; )<br>AND RCN TELECOM SERVICES OF )<br>WASHINGTON, D.C., INC. )<br>)<br>_____) | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

Plaintiffs RCN Telecom Services, Inc.; RCN-BecoCom, LLC; Starpower Communications, LLC; RCN Telecom Services of Illinois, LLC; RCN Telecom Services of Philadelphia, Inc.; RCN Telecom Services of Massachusetts, Inc.; and RCN Telecom Services of Washington, D.C., Inc. (collectively "RCN" or "Plaintiffs "), by counsel, herein makes their disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

   A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

 The following individuals are likely to have discoverable information that Plaintiffs may use to support their claims or defenses.  The first 3 individuals listed below are current employees of Plaintiff, who are presently located in New Jersey but will relocate to Pennsylvania in the near future and the Princeton, NJ office will be closing.  These individuals can be contacted through counsel for Plaintiffs.  Mr. Flack and other employees of the New York Intrastate Access Pool are located at 100 State St., Suite 650, Albany, NY 12207.

| Name | Subject of information |
|---|---|
| Joseph Kahl | Overall knowledge of network structure, call records, intercarrier compensation, general overarching knowledge of the AT&T's phone-to-phone IP and calling card schemes as relates to RCN. |
| Joseph Casey | Overall knowledge of RCN's billing practices regarding intercarrier compensation and AT&T accounts. |
| Mehrdad Yavaliollah | Knowledge of RCN call records for the state of Illinois. |
| John Flack, and/or other relevant employee(s) of New York Intrastate Access Pool | Knowledge of RCN's call records for states other than Illinois. |

B.  A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| Categories of Documents | Location |
|---|---|
| 1. For all relevant states except Illinois: originating and terminating access call records for AT&T calls to and/or from RCN local customers, Invoices from RCN to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | N.Y. Intrastate Access Pool<br>100 State St.<br>Suite 650<br>Albany, NY 12207 |
| 2. For Illinois: originating and terminating access call records for AT&T calls to and/or from RCN local customers, Invoices from RCN to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 350 North Orleans St.<br>Chicago, IL 60654 |
| 3. RCN's state and federal access tariffs. | These documents are temporarily located at 105 Carnegie Center, Princeton, NJ 08540, but will be moved soon to 350 North Orleans St., Chicago, IL 60654 |

| | | |
|---|---|---|
| 4. | Contract between RCN and AT&T dated May 2000. | These documents are temporarily located at 105 Carnegie Center, Princeton, NJ 08540, but will be moved to an RCN office in Pennsylvania in the near future. |
| 5. | Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC in Washington, DC; RCN currently has copies of some of these documents at 105 Carnegie Center, Princeton, NJ 08540, but will be moved to an RCN office in Pennsylvania in the near future. |

C.  Damages Computations

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiffs have not completed a computation of damages.

September 28, 2005                                                    Respectfully submitted,

      /s/  Anitra D. Goodman
Eric J. Branfman (DC Bar No. 164186)
Joshua M. Bobeck (DC Bar No. 443620)
Anitra D. Goodman (DC Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500

Counsel for Plaintiffs

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 28th day of September 2005, as follows:

>David M. Schiffman
>Sidley Austin Brown & Wood LLP
>Bank One Plaza, 10 South Dearborn
>Chicago, IL  60603

    /s/ Anitra D. Goodman