IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AT&T ACCESS CHARGES LITIGATION ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ITC^DELTACOM COMMUNICATIONS, INC.,) | |
| BUSINESS TELECOM, INC. AND ) | |
| BUSINESS TELECOM OF VIRGINIA, INC. ) | |
| ) | |
| _____) | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

Plaintiffs ITC^DeltaCom Communications, Inc., Business Telecom, Inc. and Business Telecom of Virginia, Inc. (together, "Plaintiffs"), by counsel, herein makes their disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

The following individuals are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. Each individual listed below is a current employee of Plaintiff and can be contacted through counsel for Plaintiff.

| Name | Subject of information |
|---|---|
| Cynthia Sickler | Overall knowledge of Plaintiffs' access billing and collection practices and procedures. Knowledge of access invoicing practices, access tariffs and access disputes. |
| Mike Black | Overall knowledge of Plaintiffs' billing systems and practices. |
| Kelly Hearn | Overall knowledge of Plaintiffs' access charges and issues related to line cost analysis. |
| Steven Brownworth | Overall knowledge of network architecture, interconnection routing, and call flows, and interconnection arrangements with other carriers. |
| Jerry Watts | FCC/regulatory rulings regarding AT&T access avoidance practices. |

B.     A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| **Categories of Documents** | **Location** |
|---|---|
| 1. For ITC^DeltaCom Communications, Inc.: originating and terminating access call records for AT&T calls to and/or from ITC^DeltaCom local customers, invoices from ITC^DeltaCom to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 1530 DeltaCom Drive<br>Anniston, AL  36207<br><br>1791 O.G. Skinner Drive<br>West Point, GA  31833<br><br>8830 US Hwy 231<br>Arab, AL 35016<br><br>7037 Old Madison Pike<br>Huntsville, AL  35806<br><br>300 Satellite Blvd.<br>Suwanee, GA  30024 |
| 2. For Business Telecom, Inc. and Business Telecom of Virginia, Inc.: originating and terminating access call records for AT&T calls to and/or from BTI local customers, invoices from BTI to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 4300 Six Forks Road<br>Raleigh, NC  27609 |
| 3. Plaintiffs' state and federal access tariffs. | 7037 Old Madison Pike<br>Huntsville, AL  35806 |
| 4. Contract between BTI and AT&T dated June 2001. | 7037 Old Madison Pike<br>Huntsville, AL 35806 |
| 5. Contract between ITC^DeltaCom and AT&T dated October 2002. | 7037 Old Madison Pike<br>Huntsville, AL 35806 |
| 6. Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC in Washington, DC; Plaintiffs currently have copies of some of these documents at 7037 Old Madison Pike, Huntsville, AL 35806. |

C.   Damages Computations

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiffs have not completed a computation of damages.

September 28, 2005                                             Respectfully submitted,


      /s/ Anitra D. Goodman
Eric J. Branfman (DC Bar No. 164186)
Joshua M. Bobeck (DC Bar No. 443620)
Anitra D. Goodman (DC Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 28th day of September 2005, as follows:

> David M. Schiffman
> Sidley Austin Brown & Wood LLP
> Bank One Plaza, 10 South Dearborn
> Chicago, IL 60603

   /s/ Anitra D. Goodman