**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br>AT&T ACCESS CHARGE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>GRANITE TELECOMMUNICATIONS;<br>ITC^DELTACOM COMMUNICATIONS;<br>AND RCN TELECOM SERVICES | )<br>)<br>)<br>)<br>)  Civil Action No. 05-1360<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants AT&T Corp. *et al.* (collectively, "AT&T"), by and through their attorneys Sidley Austin Brown & Wood LLP, hereby submit their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**A.    Initial Disclosures of Individuals Likely to Have Discoverable Information:**

The following individuals may have discoverable information that AT&T may use to support its claims and defenses. These individuals can be contacted through AT&T's undersigned attorneys.

1. The following persons may have discoverable information concerning the network architecture, deployment, operation and regulation of AT&T's phone-to-phone IP telephony service that was the subject of the Order issued by the Federal Communications Commission ("FCC") on April 21, 2004 in WC Docket No. 02-361 (FCC 04-97) and may have some general knowledge of the facts and circumstances surrounding the dispute over that service.

Ardell Burgess

>Michael Downey
>
>Frank Ianna
>
>Andrew Jurczak
>
>John Salge
>
>Cynthia Spudic
>
>Cathleen Wild

2. The following persons may have general knowledge of the network architecture, features, operation and regulation of AT&T's enhanced prepaid card service that was the subject of the Order issued by the FCC on February 23, 2005 in WC Docket No. 03-133 (FCC 05-41) and may have some general knowledge of the facts and circumstances surrounding the dispute over that service:

>Karen Brown
>
>Ardell Burgess
>
>Robert Carvelli
>
>James Dionne
>
>Craig John

B. **Initial Disclosures of Documents:**

The following are descriptions of categories of documents in the possession, custody or control of AT&T that AT&T may use to support its claims or defenses, and will be produced:

>Certain e-mails and files of the persons identified above in sections A.1 and A.2, including documents concerning the network that carried AT&T's phone-to-phone IP telephony service calls and the network that carried AT&T's enhanced prepaid calling card service calls
>
>Regulatory filings regarding access charges, AT&T's phone-to-phone IP telephony service and AT&T's enhanced prepaid calling card service

    Access billings and documents related thereto

    Local service billings and documents related thereto

**C.** **Damages:**

    With respect to its counterclaims, to the extent that any tariff of Granite Telecommunications, LLC ("Granite"), ITC^Deltacom Communications, Inc. ("Deltacom") or RCN Telecom Services, Inc. ("RCN") is deemed to require payment of access charges on the past period phone-to-phone IP telephony service calls at issue, or to require payment of additional access charges on the past period enhanced prepaid calling card service calls at issue, AT&T seeks economic damages from Granite, Deltacom or RCN, as the case may be, resulting from their unlawful conduct.  AT&T anticipates that the amount of its economic damages will equal the amount of access charges (if any) AT&T is required to pay for the past period phone-to-phone IP telephony service calls at issue plus the additional access charges (if any) AT&T is required to pay on the past period enhanced prepaid card service calls at issue.

**D.** **Insurance:**

    Defendants are currently unaware of any applicable insurance.

Dated:  September 28, 2005

Respectfully submitted,

/s/ Brendan J. McMurrer
_____

David M. Schiffman
(admitted *pro hac vice*)
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Phone:  (312) 853-7782
Fax:       (312) 853-7036

Paul M. Zidlicky (DC Bar No. #450196)
Michael J. Hunseder (DC Bar No. #447260)
Brendan J. McMurrer (DC Bar No. #493424)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:       (202) 736-8711

## CERTIFICATE OF SERVICE

I, Brian A. McAleenan, an attorney, hereby certify that on September 28, 2005, a copy of Defendants' Rule 26(a)(1) Initial Disclosures was served by facsimile and regular mail upon the following:

Eric J. Branfman
Paul B. Hudson
Swidler Berlin, LLP
3000 K St. NW, Suite 300
Washington, D.C.  20007

*Attorneys for Granite, Deltacom and RCN*

/s/ Brian A. McAleenan
_____
Brian A. McAleenan