**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AT&T ACCESS CHARGES LITIGATION ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| GRANITE TELECOMMUNICATIONS, LLC ) | |
| ) | |
| _____) | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

Plaintiff Granite Telecommunications, LLC ("Granite"), by counsel, herein makes its disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

The following individuals are likely to have discoverable information that Plaintiff may use to support its claims or defenses.  Each individual listed below is a current employee of Plaintiff and can be contacted through counsel for Plaintiff.

| Name | Subject of information |
|---|---|
| Geoff Cookman | Overall knowledge of network structure, call records, intercarrier compensation, general overarching knowledge of the AT&T's phone-to-phone IP and calling card schemes as relates to Granite. |
| Mark Ward | Overall knowledge of Granite's billing practices regarding intercarrier compensation and AT&T accounts. |
| Paul Curran | Overall knowledge of Granite's billing practices regarding intercarrier compensation and AT&T accounts. |

B.   A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| **Categories of Documents** | **Location** |
|---|---|
| 1. Call Detail Records in industry standard EMI format for the jurisdictional call types of local, intraLATA toll, intrastate toll and interstate toll. | 234 Copeland Street Quincy, Massachusetts  02169 |
| 2. Granite's state and federal access tariffs. | 234 Copeland Street Quincy, Massachusetts  02169 |
| 3. Contract between Granite and AT&T dated April 1, 2003. | 234 Copeland Street Quincy, Massachusetts  02169 |
| 4. Invoices from Granite to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 234 Copeland Street Quincy, Massachusetts  02169 |
| 5. Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC; Granite currently has copies of some of these documents at 234 Copeland Street Quincy, Massachusetts  02169 |

C.   Damages Computations

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiff has not completed a computation of any category of damages.

September 28, 2005                                         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　    /s/  Anitra D. Goodman
　　　　　　　　　　　　　　　　　　　　　　　　Eric J. Branfman (DC Bar No. 164186)
　　　　　　　　　　　　　　　　　　　　　　　　Joshua M. Bobeck (DC Bar No. 443620)
　　　　　　　　　　　　　　　　　　　　　　　　Anitra D. Goodman (DC Bar No. 484434)
　　　　　　　　　　　　　　　　　　　　　　　　SWIDLER BERLIN LLP
　　　　　　　　　　　　　　　　　　　　　　　　3000 K Street, NW, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　　　　　202-424-7500

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 28th day of September 2005, as follows:

>   David M. Schiffman
>   Sidley Austin Brown & Wood LLP
>   Bank One Plaza, 10 South Dearborn
>   Chicago, IL  60603

     /s/ Anitra D. Goodman