### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., *et al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:05cv01360 (ESH) ) |
| AT&T CORP., *et al.* | ) ) |
| Defendants. | ) ) ) |

## MOTION TO WITHDRAW PREVIOUS MOTION TO TRANSFER VENUE

Pursuant to this Court's Case Management Order of September 23, 2005, Defendants AT&T Corp. and AT&T Communications, Inc. ("AT&T") hereby respectfully move to withdraw their motion to transfer venue that was filed on September 12, 2005 (Docket No .12).

This Court's Case Management Order consolidated this case with several other cases for pretrial purposes. The Court also ordered AT&T to file an omnibus motion to transfer venue in the lead case by October 1, 2005 and to withdraw the previously filed motions.

AT&T is concurrently filing an omnibus motion to transfer venue that governs all the cases consolidated into the proceedings entitled *In Re: AT&T Access Charge Litigation* (No. 05-1360). By this motion, AT&T respectfully moves to withdraw its motion to transfer venue previously filed in this docket on September 12, 2005.

September 30, 2005                                   Respectfully submitted,

/s/ Michael J. Hunseder

_____
David M. Schiffman
(admitted *pro hac vice*)
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Phone:  (312) 853-7782
Fax:     (312) 853-7036

Paul M. Zidlicky (DC Bar No. #450196)
Michael J. Hunseder (DC Bar No. #447260)
Brendan J. McMurrer (DC Bar No. #493424)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:     (202) 736-8711