**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br>AT&T ACCESS CHARGE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>)<br>) Civil Action No. 05-1360<br>)<br>)<br>)<br>) |

**DECLARATION OF GERALDINE MACK**

1.  My name is Geraldine Mack. My business address is One AT&T Way, Bedminster, New Jersey 07921. I have personal knowledge of the facts stated in this declaration.

2.  I am employed by AT&T Corporation ("AT&T") as a Senior Attorney in the Litigation Group. In this capacity, I am the in-house attorney responsible for the lawsuits that are the subject of this motion.

3.  I am familiar with the initial disclosures made by AT&T in actions brought by ITC^DeltaCom Communications, Inc, *et al.*, Granite Telecommunications, LLC, and RCN Telecom Services, Inc., *et al.*, in the United States District Court for the District of Columbia. Similar disclosures will be filed in the actions brought by The McClure Telephone Company, Lexcom Telephone Company, Supra Telecommunications and Information Systems, Inc, and Prairie Grove Telephone Company.

4.  In particular, the initial disclosures in these cases include the following eleven persons: Ardell Burgess, Karen Brown, Robert Carvelli, James Dionne, Michael

Downey, Frank Ianna, Craig John, Andrew Jurczak, John Salge, Cynthia Spudic, and Cathleen Wild.

5.   I have reviewed AT&T's records to determine the states in which these individuals work or reside. My review indicates that nine of the eleven people either work at AT&T in New Jersey or are retired and live in New Jersey. The other two persons work in Michigan and Georgia. According to AT&T's records, none of these individuals work in the Washington, D.C. area.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2005

*Geraldine Mack*
Geraldine Mack