**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br>AT&T ACCESS CHARGE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>)<br>) Civil Action No. 05-1360<br>)<br>)<br>)<br>) |

**DECLARATION OF GERI LANCASTER**

1. My name is Geri Lancaster. My business address is 600 North Point Parkway, Alpharetta, GA 30005. I have personal knowledge of the facts stated in this declaration.

2. I am employed by AT&T Corporation ("AT&T") as a Manager in the Connectivity Billing Management (CBM) organization, a position I have held since February 1, 1999. My current job function is the Manager of CLEC Operations within CBM. I am responsible for managing approximately 20 employees together with whom I ensure the validation, processing and payment of CLEC Access invoices rendered to AT&T and its subsidiaries. As part of my responsibilities, I have access to reporting data for all companies, including CLECs and ICOs, that bill Access to AT&T.

3. I recently examined records of bills for switched access services provided to AT&T by ITC^DeltaCom Communications, Inc. ("ITCD"), Business Telecom, Inc. and Business Telecom of Virginia, Inc. (collectively "BTI"), Granite Telecommunications, LLC ("Granite"), various affiliates of RCN Corporation ("RCN"), The McClure Telephone Company ("McClure"), Lexcom Telephone Company

("Lexcom"), Supra Telecommunications and Information Systems, Inc. ("Supra"), and Prairie Grove Telephone Company ("Prairie Grove"), (collectively "Plaintiffs"). AT&T generally receives switched access services bills from Plaintiffs on a monthly basis. I reviewed these records to determine the usage-related charges for switched access services that Plaintiffs billed AT&T in each state (including the District of Columbia) during the period from August 2004 through July 2005.[1]

4.  The records sent by Plaintiffs and retained by AT&T indicate the state in which the access services were provided. For each bill date, I examined the amount of usage-related charges billed by Plaintiffs for each month and for each state. Where the Plaintiffs have billed AT&T usage-related switched access charges in the District of Columbia, I have attached summaries of the results (Exhibits 1 & 2).

5.  These spreadsheets indicate the amounts billed by Plaintiffs per month and per state, the total amounts billed by Plaintiffs in the period for each state, and the total amounts of billing by Plaintiffs for all states during the period. Finally, for each state, I divided the total amounts billed in the period in a state by the total amounts billed in the period for all states, to determine the percentages of traffic billed by Plaintiffs in each state.

6.  Six of the companies that I reviewed, ITCD, BTI, McClure, Lexcom, Supra, and Prairie Grove, did not bill AT&T for any usage-related switched access

---

[1] By counting usage-based charges, I include any charges that reflect the minutes of use and per message-rated elements of switched access services. Usage-based charges do not include a "PICC" charge, which is a fixed charge that carriers like the Plaintiffs bill to AT&T for each customer that "presubscribes" to AT&T's long distance services. Because PICC charges are incurred when a customer presubscribes to AT&T and are not in any way dependent on the location of a call (in contrast to usage charges), they are irrelevant to this analysis.

2

charges in the District of Columbia during the period from August 2004 through July 2005. Accordingly, no spreadsheets (or exhibits) are included for these companies.

7.  As indicated in Exhibit 1, over the 12-month period from August 2004 through July 2005, Granite's bills to AT&T for usage-related switched access charges in the District of Columbia were less than $225 per month on average, and for the entire year, totaled only $2,669.62. The amount that Granite billed AT&T for usage in the District of Columbia was only *0.14%* of Granite's total billings to AT&T.

8.  As indicated in Exhibit 2, over the 12-month period from August 2004 through July 2005, RCN's bills to AT&T for usage-related switched access charges in the District of Columbia were only 5.64% of RCN's total billings to AT&T.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2005

*/s/* Geri Lancaster
Geri Lancaster

# EXHIBIT 1

**Granite - Billed Usage by State for 8/04 Through 7/05 Bill Dates**

| State | Bill Month Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | $1,048.25 | $907.49 | $925.33 | $942.99 | $988.64 | $1,047.26 | $1,079.03 | $1,082.81 | $918.00 | $889.48 | $1,009.51 | $1,009.87 | $11,848.66 | 0.64% |
| AR | $156.73 | $81.19 | $125.30 | $168.11 | $194.15 | $273.63 | $320.27 | $642.58 | $764.88 | $892.88 | $1,504.21 | $917.08 | $6,041.01 | 0.33% |
| AZ | $765.74 | $992.66 | $1,135.75 | $1,183.76 | $1,383.52 | $2,148.96 | $2,337.95 | $2,235.96 | $2,180.97 | $2,830.82 | $2,791.67 | $3,030.03 | $23,017.79 | 1.25% |
| CA | $10,558.30 | $14,717.50 | $9,101.25 | $9,559.11 | $10,873.64 | $10,662.17 | $12,274.41 | $12,161.59 | $12,011.73 | $14,563.52 | $15,819.03 | $15,266.10 | $147,568.35 | 8.00% |
| CO | $1,104.66 | $1,193.60 | $1,069.75 | $1,155.45 | $1,340.76 | $1,827.18 | $1,866.62 | $1,939.36 | $1,987.83 | $2,309.71 | $2,333.02 | $2,369.04 | $20,496.98 | 1.11% |
| CT |  |  | $1,268.05 | $746.49 | $1,374.93 | $1,462.97 | $1,407.49 | $1,459.07 | $1,421.75 | $1,401.85 | $1,961.44 | $2,663.56 | $15,167.60 | 0.82% |
| DC | $161.68 | $154.52 | $163.18 | $205.32 | $188.89 | $217.64 | $252.87 | $275.72 | $237.33 | $231.77 | $286.02 | $294.68 | $2,669.62 | 0.14% |
| DE | $729.67 | $669.93 | $642.06 | $641.38 | $657.08 | $723.64 | $712.87 | $693.30 | $729.90 | $698.82 | $700.57 | $749.83 | $8,349.05 | 0.45% |
| FL | $12,089.39 | $12,732.77 | $14,715.47 | $14,085.65 | $12,167.57 | $12,250.97 | $12,357.12 | $12,286.94 | $12,128.27 | $11,550.98 | $13,451.41 | $14,139.63 | $153,956.17 | 8.35% |
| GA | $2,177.04 | $2,137.44 | $2,095.52 | $2,258.09 | $2,110.66 | $2,089.24 | $2,284.94 | $2,284.56 | $2,270.56 | $2,334.98 | $2,017.58 | $2,339.82 | $26,400.43 | 1.43% |
| HI | $353.86 | $362.46 | $357.39 | $391.65 | $443.48 | $552.25 | $552.90 | $552.98 | $655.43 | $769.99 | $653.56 | $652.36 | $6,298.31 | 0.34% |
| IA | $220.34 | $230.10 | $269.85 | $304.26 | $338.42 | $379.72 | $410.98 | $501.99 | $553.33 | $497.64 | $551.23 | $566.68 | $4,824.54 | 0.26% |
| ID | $179.36 | $226.43 | $236.07 | $351.59 | $485.99 | $559.59 | $576.49 | $598.12 | $722.67 | $758.92 | $638.99 | $641.63 | $5,975.85 | 0.32% |
| IL | $1,504.81 | $1,560.59 | $1,553.99 | $1,587.09 | $1,642.24 | $2,395.59 | $2,196.58 | $2,017.38 | $2,064.33 | $2,415.21 | $2,354.28 | $2,537.48 | $23,829.57 | 1.29% |
| IN | $660.59 | $746.90 | $769.25 | $919.73 | $948.66 | $992.39 | $1,080.73 | $993.03 | $979.88 | $1,236.79 | $1,146.48 | $1,199.35 | $11,673.78 | 0.63% |
| KS | $336.66 | $169.34 | $209.36 | $217.12 | $230.96 | $259.82 | $265.95 | $336.59 | $413.10 | $412.07 | $424.22 | $377.37 | $3,652.56 | 0.20% |
| KY | $920.28 | $930.37 | $1,036.61 | $901.70 | $644.41 | $935.64 | $926.89 | $726.02 | $774.06 | $792.64 | $768.43 | $829.15 | $10,186.20 | 0.55% |
| LA | $1,605.46 | $1,596.96 | $1,558.23 | $1,647.98 | $1,648.61 | $1,629.08 | $1,840.33 | $1,822.97 | $1,834.01 | $1,725.16 | $1,928.36 | $2,130.23 | $20,967.38 | 1.14% |
| MA | $3,519.52 | $3,539.39 | $3,309.16 | $3,419.71 | $3,215.42 | $3,216.96 | $3,672.94 | $3,320.99 | $3,493.89 | $3,643.15 | $3,838.12 | $3,592.79 | $41,782.04 | 2.27% |
| MD | $7,478.39 | $6,759.05 | $6,701.14 | $6,996.23 | $7,454.44 | $8,135.56 | $8,215.35 | $7,469.52 | $8,647.00 | $7,738.82 | $8,034.93 | $7,599.21 | $91,229.64 | 4.95% |
| ME | $736.64 | $702.82 | $708.32 | $730.73 | $785.93 | $815.58 | $913.83 | $798.85 | $855.68 | $952.23 | $1,001.74 | $985.26 | $9,987.61 | 0.54% |
| MI | $1,357.81 | $1,390.18 | $1,484.41 | $1,519.68 | $1,602.39 | $1,896.84 | $1,892.03 | $1,634.31 | $1,915.85 | $2,210.96 | $2,115.47 | $2,198.59 | $21,218.52 | 1.15% |
| MN | $336.92 | $289.67 | $293.91 | $321.74 | $400.17 | $557.04 | $521.12 | $476.01 | $630.40 | $726.75 | $781.75 | $836.57 | $6,172.05 | 0.33% |
| MO | $1,285.19 | $851.38 | $782.65 | $834.58 | $784.02 | $944.51 | $992.49 | $1,037.65 | $1,141.40 | $1,161.92 | $1,260.79 | $1,445.10 | $12,521.68 | 0.68% |
| MS | $824.39 | $789.02 | $810.64 | $687.41 | $685.08 | $684.45 | $650.04 | $688.89 | $653.35 | $675.63 | $652.17 | $703.07 | $8,504.14 | 0.46% |
| MT | $191.87 | $211.65 | $249.69 | $313.05 | $391.62 | $468.16 | $431.76 | $382.16 | $440.85 | $489.82 | $473.99 | $473.16 | $4,517.78 | 0.25% |
| NC | $1,525.06 | $1,627.36 | $2,650.06 | $1,806.55 | $1,903.17 | $2,115.62 | $2,144.54 | $2,075.68 | $2,428.97 | $1,807.81 | $2,708.50 | $2,383.39 | $25,176.69 | 1.37% |
| ND | $33.09 | $86.24 | $142.53 | $188.02 | $177.29 | $214.31 | $231.37 | $194.82 | $175.35 | $161.65 | $169.78 | $183.31 | $1,957.76 | 0.11% |
| NE | $39.35 | $39.45 | $41.45 | $45.24 | $43.69 | $56.90 | $58.51 | $74.83 | $75.33 | $66.45 | $68.18 | $79.90 | $689.28 | 0.04% |
| NH | $4,874.09 | $4,375.48 | $4,112.41 | $4,348.61 | $4,947.79 | $5,227.14 | $5,211.93 | $4,837.89 | $5,044.33 | $5,000.85 | $5,297.17 | $4,927.01 | $58,204.70 | 3.16% |
| NJ | $10,013.55 | $9,678.98 | $10,609.37 | $9,501.65 | $10,000.92 | $10,885.96 | $10,500.58 | $9,756.23 | $11,159.75 | $10,150.21 | $10,304.74 | $10,777.24 | $123,339.18 | 6.69% |
| NM | $250.60 | $273.86 | $290.95 | $316.51 | $341.14 | $435.28 | $443.65 | $502.64 | $646.26 | $752.83 | $676.99 | $913.05 | $5,843.76 | 0.32% |
| NV | $39.53 | $63.20 | $527.64 | $242.97 | $345.32 | $463.33 | $676.42 | $552.37 | $636.07 | $388.60 | $1,113.01 | $728.61 | $5,777.07 | 0.31% |
| NY | $23,694.89 | $22,302.49 | $21,587.66 | $22,659.63 | $23,336.83 | $25,449.29 | $24,745.07 | $23,145.24 | $24,979.42 | $25,628.29 | $21,555.55 | $26,309.55 | $285,393.91 | 15.48% |
| OH | $1,247.01 | $1,382.13 | $1,343.81 | $1,585.44 | $1,566.50 | $1,675.12 | $1,862.20 | $1,857.96 | $1,646.03 | $3,790.21 | $3,633.78 | $4,215.48 | $25,805.67 | 1.40% |
| OK | $443.27 | $225.21 | $221.44 | $281.89 | $270.83 | $262.52 | $275.70 | $278.37 | $287.39 | $320.32 | $353.36 | $339.49 | $3,559.79 | 0.19% |
| OR | $255.87 | $274.86 | $261.42 | $290.24 | $324.54 | $467.46 | $508.40 | $455.60 | $510.37 | $577.77 | $604.13 | $637.50 | $5,168.16 | 0.28% |
| PA | $15,224.50 | $14,478.32 | $11,434.30 | $13,882.19 | $15,235.09 | $16,439.45 | $16,985.50 | $14,420.51 | $17,421.14 | $17,110.22 | $17,580.79 | $20,503.65 | $190,715.66 | 10.34% |
| RI | $731.75 | $722.42 | $613.46 | $650.28 | $710.55 | $686.20 | $729.54 | $639.92 | $691.20 | $692.77 | $674.03 | $837.33 | $8,379.45 | 0.45% |
| SC | $1,522.06 | $1,370.46 | $1,392.66 | $1,378.71 | $1,198.48 | $1,239.12 | $1,286.11 | $1,340.51 | $1,598.44 | $1,455.82 | $1,685.80 | $1,845.36 | $17,313.53 | 0.94% |
| SD | $53.50 | $131.32 | $205.27 | $240.56 | $390.24 | $377.05 | $445.61 | $373.73 | $232.95 | $280.57 | $228.21 | $207.33 | $3,166.34 | 0.17% |
| TN | $1,386.86 | $1,383.80 | $1,323.88 | $1,315.99 | $1,113.98 | $1,234.56 | $1,215.65 | $1,251.71 | $1,373.95 | $1,262.64 | $1,290.99 | $1,376.42 | $15,530.43 | 0.84% |
| TX | $7,338.19 | $6,005.91 | $6,932.58 | $7,222.29 | $6,706.78 | $7,946.95 | $9,311.86 | $8,716.35 | $10,593.04 | $12,051.04 | $12,622.81 | $14,135.31 | $109,583.11 | 5.94% |
| UT | $461.03 | $439.50 | $416.58 | $459.99 | $479.02 | $649.68 | $601.05 | $613.20 | $648.79 | $704.82 | $776.33 | $1,179.14 | $7,429.13 | 0.40% |
| VA | $14,123.59 | $13,512.41 | $11,974.77 | $14,705.00 | $15,084.86 | $13,548.92 | $13,738.71 | $12,836.46 | $14,806.89 | $14,224.89 | $13,902.73 | $17,137.17 | $169,596.40 | 9.20% |
| VT | $374.98 | $374.97 | $305.26 | $357.34 | $370.59 | $420.56 | $439.91 | $510.37 | $496.94 |  | $497.62 | $577.63 | $4,726.17 | 0.26% |
| WA | $1,088.04 | $1,191.47 | $1,143.30 | $1,231.68 | $1,568.71 | $2,099.44 | $2,264.37 | $2,181.58 | $2,286.39 | $2,512.05 | $3,060.34 | $3,973.23 | $24,600.60 | 1.33% |
| WI | $422.22 | $464.95 | $438.31 | $447.92 | $503.17 | $562.97 | $621.66 | $597.91 | $583.60 | $688.12 | $653.25 | $735.73 | $6,719.81 | 0.36% |
| WV | $3,642.32 | $3,425.72 | $3,015.91 | $3,494.49 | $3,720.83 | $4,147.88 | $3,914.42 | $3,719.60 | $3,897.30 | $3,962.29 | $3,769.80 | $4,435.98 | $45,146.54 | 2.45% |
| WY | $37.62 | $39.11 | $40.77 | $45.35 | $43.60 | $78.73 | $85.86 | $101.98 | $152.66 | $162.93 | $154.46 | $146.43 | $1,089.50 | 0.06% |
| Grand Total | $139,126.52 | $137,813.03 | $132,598.10 | $138,789.14 | $143,365.60 | $153,811.28 | $158,332.60 | $149,454.81 | $162,799.01 | $167,665.66 | $171,881.32 | $188,132.88 | $1,843,769.95 |  |

# EXHIBIT 2

## RCN and Affiliates - Billed Usage by State for 8/04 Through 7/05 Bill Dates

| State | Company Name | Bill Month Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Grand Total | % by State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | RCN TELECOM SERVICES OF CA, INC | $ 11,204.20 | $ 11,149.33 | $ 10,526.76 | $ 10,367.44 | $ 10,799.81 | $ 10,919.41 | $ 10,583.26 | $ 9,949.65 | $ 11,222.12 | $ 10,160.64 | $ 10,359.73 | $ 10,239.20 | $ 127,481.55 | |
| CA Total | | $ 11,204.20 | $ 11,149.33 | $ 10,526.76 | $ 10,367.44 | $ 10,799.81 | $ 10,919.41 | $ 10,583.26 | $ 9,949.65 | $ 11,222.12 | $ 10,160.64 | $ 10,359.73 | $ 10,239.20 | $ 127,481.55 | 6.49% |
| DC | STARPOWER COMMUNICATIONS, LLC - DC | $ 2,226.97 | $ 2,424.51 | $ 2,333.55 | $ 2,183.43 | $ 2,489.91 | $ 2,131.21 | $ 2,555.08 | $ 2,225.80 | $ 2,329.95 | $ 2,115.45 | | | $ 23,015.86 | |
| | STARPOWER COMMUNICATIONS, LLC - DC | $ 7,093.18 | $ 7,686.19 | $ 7,403.68 | $ 6,944.44 | $ 7,862.66 | $ 6,797.68 | $ 8,083.31 | $ 7,090.85 | $ 7,485.42 | $ 6,768.04 | $ 7,317.84 | $ 7,234.30 | $ 87,767.59 | |
| DC Total | | $ 9,320.15 | $ 10,110.70 | $ 9,737.23 | $ 9,127.87 | $ 10,352.57 | $ 8,928.89 | $ 10,638.39 | $ 9,316.65 | $ 9,815.37 | $ 8,883.49 | $ 7,317.84 | $ 7,234.30 | $ 110,783.45 | 5.64% |
| IL | 21ST CENTURY TELCOM OF ILLINOIS/ RCN OF ILLINOIS | $ 10,013.40 | $ 10,447.21 | $ 9,755.04 | $ 10,063.20 | $ 9,268.10 | $ 9,090.86 | $ 10,378.36 | $ 10,072.15 | $ 10,513.72 | $ 8,595.91 | $ 7,674.76 | $ 7,351.76 | $ 113,224.47 | |
| IL Total | | $ 10,013.40 | $ 10,447.21 | $ 9,755.04 | $ 10,063.20 | $ 9,268.10 | $ 9,090.86 | $ 10,378.36 | $ 10,072.15 | $ 10,513.72 | $ 8,595.91 | $ 7,674.76 | $ 7,351.76 | $ 113,224.47 | 5.76% |
| MA | RCN TELECOM SERVICES, INC | $ 9,993.69 | $ 10,464.61 | $ 9,489.42 | $ 9,240.21 | $ 9,602.32 | $ 8,502.52 | $ 10,144.81 | $ 9,046.49 | $ 8,975.52 | $ 8,750.18 | | | $ 94,209.77 | |
| | RCN TELECOM SERVICES, INC | $ 41,738.48 | $ 44,593.57 | $ 28,591.54 | $ 28,111.15 | $ 28,950.87 | $ 25,751.96 | $ 30,965.30 | $ 27,769.99 | $ 27,849.92 | $ 27,119.92 | $ 28,021.57 | $ 24,589.15 | $ 364,053.42 | |
| MA Total | | $ 51,732.17 | $ 55,058.18 | $ 38,080.96 | $ 37,351.36 | $ 38,553.19 | $ 34,254.48 | $ 41,110.11 | $ 36,816.48 | $ 36,825.44 | $ 35,870.10 | $ 28,021.57 | $ 24,589.15 | $ 458,263.19 | 23.32% |
| MD | STARPOWER COMMUNICATIONS, LLC - MD | $ 901.79 | $ 917.29 | $ 841.24 | $ 811.58 | $ 851.98 | $ 779.93 | $ 905.07 | $ 751.78 | $ 791.31 | $ 709.47 | | | $ 8,261.44 | |
| | STARPOWER COMMUNICATIONS, LLC - MD | $ 4,696.10 | $ 4,788.90 | $ 4,401.47 | $ 4,241.70 | $ 4,457.19 | $ 4,083.46 | $ 4,735.45 | $ 3,946.37 | $ 4,200.73 | $ 3,747.68 | $ 4,136.60 | $ 4,072.74 | $ 51,508.39 | |
| MD Total | | $ 5,597.89 | $ 5,706.19 | $ 5,242.71 | $ 5,053.28 | $ 5,309.17 | $ 4,863.39 | $ 5,640.52 | $ 4,698.15 | $ 4,992.04 | $ 4,457.15 | $ 4,136.60 | $ 4,072.74 | $ 59,769.83 | 3.04% |
| NY | RCN TELECOM SERVICES, INC | $ 5,665.85 | $ 5,847.85 | $ 6,117.69 | $ 5,515.24 | $ 6,143.11 | $ 5,847.06 | $ 6,154.31 | $ 6,164.29 | $ 4,598.09 | $ 4,026.67 | | | $ 56,080.16 | |
| | RCN TELECOM SERVICES, INC | $ 40,483.13 | $ 42,178.31 | $ 43,451.28 | $ 38,901.45 | $ 43,992.08 | $ 41,507.64 | $ 43,583.31 | $ 44,670.94 | $ 35,195.76 | $ 30,945.42 | $ 31,919.19 | $ 33,432.76 | $ 470,261.27 | |
| NY Total | | $ 46,148.98 | $ 48,026.16 | $ 49,568.97 | $ 44,416.69 | $ 50,135.19 | $ 47,354.70 | $ 49,737.62 | $ 50,835.23 | $ 39,793.85 | $ 34,972.09 | $ 31,919.19 | $ 33,432.76 | $ 526,341.43 | 26.78% |
| PA | RCN TELECOM SERVICES OF PA, INC | $ 12,484.48 | $ 13,313.99 | $ 12,545.77 | $ 12,433.15 | $ 12,004.12 | $ 12,029.90 | $ 13,305.63 | $ 11,113.79 | $ 13,006.83 | $ 11,071.68 | | | $ 123,309.34 | |
| | RCN TELECOM SERVICES OF PA, INC | $ 35,227.11 | $ 37,652.82 | $ 36,892.36 | $ 36,686.55 | $ 35,472.47 | $ 35,575.28 | $ 39,165.79 | $ 32,762.00 | $ 38,760.61 | $ 33,110.08 | $ 35,538.85 | $ 36,359.20 | $ 433,203.12 | |
| PA Total | | $ 47,711.59 | $ 50,966.81 | $ 49,438.13 | $ 49,119.70 | $ 47,476.59 | $ 47,605.18 | $ 52,471.42 | $ 43,875.79 | $ 51,767.44 | $ 44,181.76 | $ 35,538.85 | $ 36,359.20 | $ 556,512.46 | 28.32% |
| VA | STARPOWER COMMUNICATIONS, LLC | $ 229.14 | $ 262.74 | $ 248.99 | $ 278.84 | $ 188.95 | $ 139.46 | $ 139.30 | $ 110.37 | $ 124.62 | $ 91.89 | | | $ 1,814.30 | |
| | STARPOWER COMMUNICATIONS, LLC | $ 1,234.72 | $ 1,333.49 | $ 1,348.05 | $ 1,471.71 | $ 1,073.16 | $ 839.58 | $ 819.31 | $ 619.85 | $ 644.19 | $ 513.87 | $ 533.76 | $ 587.83 | $ 11,019.52 | |
| VA Total | | $ 1,463.86 | $ 1,596.23 | $ 1,597.04 | $ 1,750.55 | $ 1,262.11 | $ 979.04 | $ 958.61 | $ 730.22 | $ 768.81 | $ 605.76 | $ 533.76 | $ 587.83 | $ 12,833.82 | 0.65% |
| Grand Total | | $ 183,192.24 | $ 193,060.81 | $ 173,946.84 | $ 167,250.09 | $ 173,156.73 | $ 163,995.95 | $ 181,518.29 | $ 166,294.32 | $ 165,698.79 | $ 147,726.90 | $ 125,502.30 | $ 123,866.94 | $ 1,965,210.20 | |