**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br>AT&T ACCESS CHARGE LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>)<br>)  Civil Action No. 05-1360<br>)<br>)<br>)<br>) |

**APPEARANCE OF BRENDAN J. MCMURRER**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brendan J. McMurrer as counsel of record on behalf of Defendants AT&T Corp. and AT&T Communications, Inc.

Dated:  October 3, 2005

Respectfully submitted,

/s/ Brendan J. McMurrer
_____
Brendan J. McMurrer (DC Bar No. #493424)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8135
Fax:     (202) 736-8711
Email:  bmcmurrer@sidley.com

DC1 800267v.1