UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IN RE:                                                      )
ACCESS CHARGE LITIGATION,        )
                                                                )   Civil Action 05-1360
                                                                )
THIS DOCUMENT RELATES TO ALL )
ACTIONS.                                                 )
                                                                )
                                                                )
                                                                )
                                                                )
                                                                )
_____

**NOTICE OF WITHDRAWAL**

    Pursuant to Local Rule 83.6(b), Joseph R. Palmore hereby withdraws as counsel for AT&T Corp. in this action. AT&T Corp. will continue to be represented by the other attorneys who have appeared on its behalf. No trial date has been set in this action.

    Respectfully submitted,

    /s/ JOSEPH R. PALMORE
    _____
    Joseph R. Palmore (#465811)
    SIDLEY AUSTIN BROWN & WOOD LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    (202) 736-8000
    *Counsel for AT&T Corp.*

Dated: October 3, 2005

DC1 800236v.1