IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| AT&T ACCESS CHARGES LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS | |

## DECLARATION OF JOSEPH KAHL

1.   I, Joseph Kahl, am the Director of Regulatory Affairs for RCN Corporation, am qualified to make the statements contained herein, and do so on the basis of personal knowledge.

2.   RCN Corporation, the ultimate parent of all of the RCN plaintiffs in this action and of Starpower Communications, LLC, historically has been headquartered in Princeton, New Jersey.

3.   In late December of 2004, RCN Corporation ("RCN") emerged from Chapter 11 bankruptcy protection. Upon its emergence from bankruptcy, RCN acquired new management and a newly-formed Board of Directors.

4.   RCN's senior management post-bankruptcy moved into offices in Herndon, Virginia. Currently, the following company executives maintain their offices in Herndon:

> Peter Aquino, CEO
> Timothy Dunne, Executive Vice President and Chief Technology Officer
> Michael T. Sicoli, Executive Vice President & Chief Financial Officer
> Stephen A. Bogiages, Senior Vice President, General Counsel and Corp. Sec.

    Richard Ramlall, Senior Vice President Strategic and External Affairs

    Joseph Soresso, Senior Vice President, Network Operations

5. In the SEC Form 10-K Annual Report filed by RCN on May 11, 2005, the company listed its address in Herndon, Virginia, as the address of its "principal executive office."

6. Although certain of RCN's operations continue to occur in its Princeton, New Jersey, offices, the company's key executives now are located in Herndon, Virginia, which now functions as RCN's headquarters location.  RCN currently is in the process of migrating its former headquarters operations and certain employees from the Princeton, New Jersey, offices to RCN's Herndon, Virginia, office and additional offices in Pennsylvania and New York.

7. It currently is anticipated that RCN will wholly discontinue operations from its Princeton, New Jersey, offices in 2006.

8. RCN has never provided access services to AT&T in New Jersey.

9. Paragraph 32 of RCN's Complaint alleges that "AT&T disguised calls by concealing, changing, causing to be concealed or changed, or otherwise misrepresenting the originating telephone number transmitted with the call, and by materially misrepresenting other information provided to Plaintiffs."  AT&T has a point of presence ("POP") in Washington, D.C., at which calls from customers in Washington, D.C., are transferred to AT&T for transmission to RCN and other plaintiffs in other states.  The acts of AT&T's "concealing or changing . . . the originating telephone number" that are alleged in the Complaint could have occurred at AT&T's Washington, D.C., POP in connection not only with calls terminated to

RCN in Washington, D.C., but also with calls that originated in Washington, D.C., and were terminated to RCN and other plaintiffs elsewhere in the country.

I declare under penalty of perjury that the foregoing is true and correct.

October /2, 2005.                                   _____
                                                    Joseph Kahl

9250976v1