**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Civil Action No. 05-1360 |
| AT&T ACCESS CHARGES LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | | |

**DECLARATION OF GARY M. ZINGARETTI**

1.      My name is Gary M. Zingaretti.  I am Senior Vice President of ICORE, Inc., a firm that specializes in consulting for independent telephone companies. Included among ICORE's clients are three of the plaintiffs in these cases.  I make this declaration on behalf of two of those plaintiffs, McClure Telephone Company ("McClure") and Prairie Grove Telephone Company ("Prairie Grove").  My business address is 326 South 2nd Street, Emmaus, PA 18049. I have personal knowledge of the facts stated in this declaration

2.      Neither Prairie Grove nor McClure provides telephone service in New Jersey. Accordingly, neither Prairie Grove nor McClure provided any of the services that are at issue in this case to defendants in New Jersey.

3.      Prairie Grove provides access services to interexchange carriers, such as AT&T on calls coming to Prairie Grove from the District of Columbia.  Based on my review of a sampling of Prairie Grove's records, during the last 3 years, Prairie Grove provided terminating access service on hundreds of thousands of minutes of calls coming from the District of Columbia.  Given AT&T's market share, it is fair to assume that close to half of those minutes were carried on AT&T's network.

4.    McClure provides access services to interexchange carriers, such as AT&T on calls coming to McClure from the District of Columbia.  Based on my review of a sampling of McClure's records, during the last 3 years, McClure provided terminating access service on at least sixty thousand of minutes of calls coming from the District of Columbia.  Given AT&T's market share, it is fair to assume that close to half of those minutes were carried on AT&T's network.

5.    Prairie Grove's operating revenues for 2004 were approximately $11 million.

6.    McClure's operating revenues for 2004 were approximately $2 million.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2005

_____
Gary M. Zingaretti