IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Civil Action No. 05-1360 |
| AT&T ACCESS CHARGES LITIGATION | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| ALL ACTIONS | |

### DECLARATION OF GEOFF COOKMAN

1.  My name is Geoff Cookman. I am Director of Carrier Relations for plaintiff Granite Telecommunications, LLC ("Granite"). My business address 234 Copeland Street, Quincy, MA 02169. I have personal knowledge of the facts stated in this declaration

2.  Granite's operating revenues for 2004 were approximately $84 million.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2005

_____
Geoff Cookman