IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Civil Action No. 05-1360 |
| AT&T ACCESS CHARGES LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

## DECLARATION OF DAVID NILSON

1.      My name is David Nilson. I am Chief Technology Officer for plaintiff Supra

Telecommunications and Information Systems, Inc. ("Supra"). My business address is 2901 SW

149th Ave., Suite 300, Miramar, FL 33027. I have personal knowledge of the facts stated in this

declaration.

2.      Supra does not provide telephone service in New Jersey. Accordingly, Supra did

not provide any of the services that are at issue in this case to defendants in New Jersey.

3.      Supra provides access services to interexchange carriers, such as AT&T on calls

coming to Supra's customers that AT&T's customers originate in the District of Columbia.

Based on Supra's review of its records, during the last 3 years, Supra provided terminating

access service on millions of minutes of calls coming from the District of Columbia. Given

AT&T's market share, it is fair to assume that close to half of those minutes were carried on

AT&T's network.

4.      Supra's operating revenues for 2004 were approximately $150 million.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2005

David Nilson

Sworn to and subscribed before me this 14ᵗʰ day of October, 2005 by David Nilson who is personally known to me.

My Commission Expires:

NOTARY PUBLIC
State of Florida at Large

Print Name: Esther Sunday

ESTHER SUNDAY
Notary Public - State of Florida
My Commission Expires Jun 9, 2008
Commission # DD327338
Bonded By National Notary Assn.

2