IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AT&T ACCESS CHARGES LITIGATION ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |

## DECLARATION OF WILLIAM SCOTT

1. My name is William Scott. I am Tariffs and Settlements Manager for plaintiff Lexcom Telephone Company ("Lexcom"). My business address is 200 North State Street, Lexington, NC 27293. I have personal knowledge of the facts stated in this declaration

2. Lexcom does not provide telephone service in New Jersey. Accordingly, Lexcom did not provide any of the services that are at issue in this case to defendants in New Jersey.

3. Lexcom provides access services to interexchange carriers, such as AT&T on calls coming to Lexcom from the District of Columbia. Based on Lexcom's review of its records, during the last 3 years, Lexcom provided terminating access service on hundreds of thousands of minutes of calls coming from the District of Columbia. Given AT&T's market share, it is fair to assume that close to half of those minutes were carried on AT&T's network.

4. Lexcom's operating revenues for 2004 were approximately $37 million.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2005

_____
William Scott