IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: )
)
) Civil Action No. 05-1360
AT&T ACCESS CHARGES LITIGATION )
)

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## DECLARATION OF JERRY WATTS

1. My name is Jerry Watts. I am Vice-President of plaintiff ITC^DeltaCom, Inc. ("ITC^DeltaCom"). My business address is 1791 O. G. Skinner Drive, West Point, GA 31833 make this I have personal knowledge of the facts stated in this declaration

2. Neither ITC^DeltaCom nor its wholly owned subsidiary, Business Telecom, Inc. ("BTI"), provided any of the services that are at issue in this case to defendants in New Jersey.

3. ITC^DeltaCom and BTI each provide access services to interexchange carriers, such as AT&T, on calls coming to them from the District of Columbia. Based on my review of their records, during the last 3 years, ITC^DeltaCom and BTI each provided terminating access service on millions of minutes of calls coming from the District of Columbia. Given AT&T's market share, it is fair to assume that close to half of those minutes were carried on AT&T's network.

4. BTI serves customers on approximately 53 lines in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2005

_/s/ Jerry Watts_
Jerry Watts