IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> AT&T ACCESS CHARGES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | Civil Action No. 05-1360 |

# [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Transfer Venue from this Court to the District of New Jersey, it is hereby

ORDERED that the Motion be, and it hereby is, DENIED, and it is further

ORDERED that all future actions filed as related cases to the above-styled matter remain in this Court.

This ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

9252455v1