**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: <br> ACCESS CHARGE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1360 <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO
PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**

Defendants AT&T Corp., *et al.*, ("Defendants") hereby move the Court for an extension of time to reply to Plaintiffs' Opposition to Motion to Transfer Venue. Under the Court's prior scheduling order dated September 23, 2005, Defendants' reply is scheduled to be due on October 21, 2005. Defendants move for a one business day extension of their time to reply to Plaintiffs' Opposition until October 24, 2005.

Defendants have consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion. A proposed Consent Order is attached.

| | |
|---|---|
| Dated: October 20, 2005 | Respectfully submitted, |
| | /s/ Michael J. Hunseder |
| | _____ |
| | David M. Schiffman (admitted *pro hac vice*)<br>Brian A. McAleenan<br>Sidley Austin Brown & Wood, LLP<br>Bank One Plaza<br>10 South Dearborn<br>Chicago, Illinois 60603<br>Phone: (312) 853-7000<br>Fax:    (312) 853-7036 |
| | Paul M. Zidlicky (DC Bar No. 450196)<br>Michael J. Hunseder (DC Bar No. 447260)<br>Brendan J. McMurrer (DC Bar No. 493424)<br>Sidley Austin Brown & Wood, LLP<br>1501 K Street, N.W.<br>Washington, DC  20005<br>Phone: (202) 736-8000<br>Fax:    (202) 736-8711 |
| | *Attorneys for Defendants AT&T Corp. and AT&T Communications, Inc.* |