**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br>ACCESS CHARGE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>)<br>) Civil Action No. 05-1360<br>)<br>)<br>)<br>) |

**[PROPOSED] CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**

Upon consent of the parties, the time in which Defendants AT&T Corp., *et al.*, have to reply to Plaintiffs' Opposition to Motion to Transfer Venue is extended to October 24, 2005.

SO ORDERED, this _____ day of October, 2005.

_____

The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

| | |
|---|---|
| Eric J. Branfman | Michael J. Hunseder |
| Swidler Berlin LLP | Sidley Austin Brown & Wood, LLP |
| 3000 K Street, N.W., Suite 300 | 1501 K Street, N.W. |
| Washington, D.C. 20007 | Washington, D.C. 2000 |
| (202) 424-7500 | (202) 736-8000 |