# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3   -------------------------------X    Civil Action Nos.

 4   ITC DELTACOM COMMUNICATIONS, INC.,   05-1360
     GRANITE TELECOMMUNICATIONS, LLC,     05-1416
 5   RCN TELECOM SERVICES, INC.           05-1432

 6              Plaintiffs

 7        v.

 8   A T & T CORP., et al.,

 9              Defendants,

10   -------------------------------X    Washington, D.C.
                                         Tuesday, Sept. 13 2005
11                                       11:30 A.M.

12

13        TRANSCRIPT OF INITIAL SCHEDULING CONFERENCE
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
14                UNITED STATES DISTRICT JUDGE

15   APPEARANCES:

16   For the Plaintiffs:        ERIC JAY BRANFMAN, ESQUIRE
                                Swidler Berlin, LLP
17                              Suite 300
                                3000 K Street, N.W.
18                              Washington, D.C.  20007
                                (202)424-7553

19

20

21

22   Court Reporter:            Lisa Walker Griffith, RPR
                                U.S. District Courthouse
23                              Room 4802-A
                                Washington, D.C.  20001
24                                (202) 898-0168

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

1  thing, unless you hear anything in the next day or two, just
2  withdraw those without the three that are pending and start
3  again with one motion.  I think I can handle it much more
4  easily.  Do you want to go to New Jersey by consent?
5           MR. BRANFMAN:  Your Honor, I want to be very up front
6  about this.  This is a matter that does not involve a
7  tremendous amount of money for our clients.  And they would
8  like to keep the cost done.  We're here.  It's a case that
9  involves a lot of expertise.  There are not New Jersey lawyers
10 that are experienced with respect to these FCC orders.
11          The Sidley firm is located here.  They've litigated
12 the FCC orders from start to finish for years and years.  I
13 know the cases say the convenience of counsel does not mean
14 anything.  But from an economic point of view, it is a lot
15 more economical for our clients to litigate this case in D.C.
16 than in New Jersey.
17          THE COURT:  Yeah, but you are right, the law says
18 that's not the decisive thing.  The question is whether this
19 jurisdiction has some substantial interest in the matter.
20          I'll issue an order.  If there are any problems
21 about it, you can contact chambers, if it is not
22 comprehensible for if it doesn't do what we need for it to
23 do.  Then after I decide the transfer, and I'll try to get it
24 done swiftly, then we'll see where we go in terms of further
25 discovery issues and who will coordinate.  Okay?