**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AT&T ACCESS CHARGES LITIGATION ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| LEXCOM TELEPHONE COMPANY ) | |
| _____) | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

Plaintiff Lexcom Telephone Company, by counsel, herein makes their disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

>Bill Scott
>Lexcom Telephone Company
>200 N. State Street
>Lexington, NC  27293

Mr. Scott has information related to network architecture, interconnection routing, tariffs, FCC/regulatory rulings regarding access avoidance practices, and AT&T business relationships.

>Mary Maira
>Lexcom Telephone Company
>200 N. State Street
>Lexington, NC  27293

Ms. Maira has information related to access charge billing and collections practices and procedures.

B. A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and

that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| Categories of Documents | Location |
|---|---|
| 1. Originating and terminating access call records for AT&T calls to and/or from Plaintiff's local customers, invoices from Plaintiff to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 200 N. State Street Lexington, NC 27293 |
| 2. Plaintiff's state and federal access tariffs. | 200 N. State Street Lexington, NC 27293 |
| 3. Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC in Washington, DC; Plaintiff currently has copies of some of these documents at 200 N. State Street, Lexington, NC 27293. |

  C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

  At this time, Plaintiff has not completed a computation of damages.

November 4, 2005            Respectfully submitted,

                     /s/ Anitra D. Goodman
                 Eric J. Branfman (DC Bar No. 164186)
                 Joshua M. Bobeck (DC Bar No. 443620)
                 Anitra D. Goodman (DC Bar No. 484434)
                 SWIDLER BERLIN LLP
                 3000 K Street, NW, Suite 300
                 Washington, DC 20007
                 202-424-7500

                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 4th day of November, 2005, as follows:

> David M. Schiffman
> Sidley Austin Brown & Wood LLP
> Bank One Plaza, 10 South Dearborn
> Chicago, IL  60603

        /s/ Anitra D. Goodman

9256408v1