### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **AT&T ACCESS CHARGES LITIGATION** | ) |
| | ) |
| | )    **Civil Action No. 05-1360** |
| | ) |
| **THIS DOCUMENT RELATES TO:** | ) |
| **THE MCCLURE TELEPHONE COMPANY** | ) |
| _____ | ) |

### PLAINTIFF'S RULE 26(a)(1) DISCLOSURE

Plaintiff The McClure Telephone Company, by counsel, herein makes their disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Gary Zingaretti
ICORE
326 S. Second Street
Emmaus, PA  18049

Mr. Zingaretti has knowledge of Plaintiffs' access billing and collection practices and procedures, access tariffs, FCC/regulatory rulings regarding access avoidance practices, and business relationships with AT&T.  He can be contacted through counsel for Plaintiff.

Duane Schroeder
The McClure Telephone Company
311 East Street
PO Box 26
McClure, OH  43534

Mr. Schroeder has information regarding network architecture.

B.     A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| Categories of Documents | Location |
|---|---|
| 1. Plaintiffs' state and federal access tariffs. | ICORE 326 S. Second Street Emmaus, PA  18049. |
| 2. Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC in Washington, DC; Plaintiffs currently have copies of some of these documents at 326 S. Second Street, Emmaus, PA  18049.. |

C.     Damages Computations

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiffs have not completed a computation of damages.

November 4, 2005

Respectfully submitted,

_____/s/ Anitra D. Goodman_____
Eric J. Branfman (DC Bar No. 164186)
Joshua M. Bobeck (DC Bar No. 443620)
Anitra D. Goodman (DC Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of

record for Defendants via first-class mail, postage prepaid, on this 4th day of November, 2005, as

follows:

> David M. Schiffman
> Sidley Austin Brown & Wood LLP
> Bank One Plaza, 10 South Dearborn
> Chicago, IL  60603

_____/s/ Anitra D. Goodman_____