**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: )<br>)<br>AT&T ACCESS CHARGES LITIGATION )<br>)<br>) | Civil Action No. 05-1360 |
| )<br>THIS DOCUMENT RELATES TO: )<br>PRAIRIE GROVE TELEPHONE COMPANY )<br>_____) | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

Plaintiff Prairie Grove Telephone Company, by counsel, herein makes their disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

  Rick Reed
  Prairie Grove Telephone Company
  PO Box 1010
  139 N. Mock Street
  Prairie Grove, AR  72753

Mr. Reed has information related to access charge billing and collections practices and procedures, network architecture, interconnection routing, tariffs, and AT&T business relationships.

  Mr. Gary Zingaretti
  ICORE
  326 S. Second Street
  Emmaus, PA  18049

Mr. Zingaretti has knowledge of FCC/regulatory rulings regarding access avoidance practices.

B.   A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| **Categories of Documents** | **Location** |
|---|---|
| 1. Originating and terminating access call records for AT&T calls to and/or from Plaintiff's local customers, invoices from Plaintiff to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 139 N. Mock Street<br>Prairie Grove, AR  72753 |
| 2. Plaintiffs' state and federal access tariffs. | 139 N. Mock Street<br>Prairie Grove, AR  72753 |
| 3. Documents related to FCC rulings against AT&T access avoidance practices. | These are public documents on file with the FCC in Washington, DC; Plaintiffs currently have copies of some of these documents at 326 S. Second Street, Emmaus, PA  18049. |

C.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiffs have not completed a computation of damages.

November 4, 2005                                        Respectfully submitted,

                                                                      /s/ Anitra D. Goodman
                                                        Eric J. Branfman (DC Bar No. 164186)
                                                        Joshua M. Bobeck (DC Bar No. 443620)
                                                        Anitra D. Goodman (DC Bar No. 484434)
                                                        SWIDLER BERLIN LLP
                                                        3000 K Street, NW, Suite 300
                                                        Washington, DC 20007
                                                        202-424-7500


                                                        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 4th day of November, 2005, as follows:

> David M. Schiffman
> Sidley Austin Brown & Wood LLP
> Bank One Plaza, 10 South Dearborn
> Chicago, IL  60603

    /s/ Anitra D. Goodman