**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AT&T ACCESS CHARGES LITIGATION ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| SUPRA TELECOMMUNICATIONS AND | |
| INFORMATION SERVICES, INC. ) | |
| _____) | |

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURE

Plaintiff Supra Telecommunications and Information Services, Inc., by counsel, herein makes its disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| Name and Address | Subject of information |
|---|---|
| David Nilson<br>Supra Telecommunications and Information Services, Inc.<br>2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL  33027 | Overall knowledge of network structure, call records, intercarrier compensation, general overarching knowledge of the AT&T phone-to-phone IP and calling card schemes as it relates to Supra, and the FCC/regulatory rulings regarding AT&T access avoidance practices. |

B. A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

| | Categories of Documents | Location |
|---|---|---|
| 1. | Call Detail Records in industry standard EMI format for the jurisdictional call types of local, intraLATA toll, intrastate toll and interstate toll. | 2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL 33027 |
| 2. | Supra's state and federal access tariffs. | 2901 SW 149th Ave. |

|   |   |   |
|---|---|---|
|   |   | Suite 300<br>Miramar, FL 33027 |
| 3. | Contract between AT&T and Supra dated December , 2002. | 2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL 33027 |
| 4. | Documents related to FCC rulings against AT&T access avoidance practices | 2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL 33027 |
| 5. | Actual invoices from Supra to AT&T for originating and terminating access services, and the record of payment by AT&T for those services, for the time period in question. | 2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL 33027 |
| 6. | Accounts receivables reconciliations reflecting any payments received from AT&T by Supra and any amounts outstanding. | 2901 SW 149th Ave.<br>Suite 300<br>Miramar, FL 33027 |

C.    Damages Computations

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this time, Plaintiff has not completed a computation of damages.

November 4, 2005                                        Respectfully submitted,

                                                      /s/ Anitra D. Goodman
Eric J. Branfman (DC Bar No. 164186)
Joshua M. Bobeck (DC Bar No. 443620)
Anitra D. Goodman (DC Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 4th day of November, 2005, as follows:

>David M. Schiffman
>Sidley Austin Brown & Wood LLP
>Bank One Plaza, 10 South Dearborn
>Chicago, IL  60603


_____/s/ Anitra D. Goodman_____

9256712v2