**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| IN RE: ) | |
| AT&T ACCESS CHARGE LITIGATION ) | |
| ) | |
| ) | Civil Action No. 05-1360 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| THE MCCLURE TELEPHONE CO., ) | |
| LEXCOM TELEPHONE CO., SUPRA ) | |
| TELECOMMUNICATIONS AND ) | |
| INFORMATION SYSTEMS, INC., AND ) | |
| PRAIRIE GROVE TELEPHONE CO. ) | |
| ) | |

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants AT&T Corp. *et al.* ("AT&T"), by and through their attorneys Sidley

Austin Brown & Wood LLP, hereby submit their initial disclosures pursuant to Fed. R. Civ. P.

26(a)(1).

**A.    Initial Disclosures of Individuals Likely to Have Discoverable Information:**

The following individuals may have discoverable information that AT&T may

use to support its claims and defenses.  These individuals can be contacted through AT&T's

undersigned attorneys.

1.    The following persons may have discoverable information concerning the

network architecture, deployment, operation and regulation of AT&T's phone-to-phone IP

telephony service that was the subject of the Order issued by the Federal Communications

Commission ("FCC") on April 21, 2004 in WC Docket No. 02-361 (FCC 04-97) and may have

some general knowledge of the facts and circumstances surrounding the dispute over that

service:

Ardell Burgess (Bedminster, NJ)

Michael Downey (Bedminster, NJ)

Frank Ianna (Bedminster, NJ)

Andrew Jurczak (Pinckney, MI)

John Salge (Midland Park, NJ)

Cynthia Spudic (Middletown, NJ)

Cathleen Wild (Bedminster, NJ)

2.    The following persons may have general knowledge of the network architecture, features, operation and regulation of AT&T's enhanced prepaid card service that was the subject of the Order issued by the FCC on February 23, 2005 in WC Docket No. 03-133 (FCC 05-41) and may have some general knowledge of the facts and circumstances surrounding the dispute over that service:

Karen Brown (Alpharetta, GA)

Ardell Burgess (Bedminster, NJ)

Robert Carvelli (Morristown, NJ)

James Dionne (Bedminster, NJ)

Craig John (Bedminster, NJ)

3.    With respect to AT&T's counterclaim against Lexcom, the following persons may have knowledge regarding the intrastate access charges that AT&T has been unlawfully billed for certain interstate wireless calls:

Denise Berger (Tucker, GA)

Trish Holland (Alpharetta, GA)

Stephen Huels (Chicago, IL)

Gus Maclellan (Florham Park, NJ)

Harvey Sell (Alpharetta, GA)

Robbie Williamson (Alpharetta, GA)

Brian Witte (Bedminster, NJ)

**B.**    **Initial Disclosures of Documents:**

The following are descriptions of categories of documents in the possession, custody or control of AT&T that AT&T may use to support its claims or defenses, and will be produced:

Certain e-mails and files of the persons identified above in sections A.1 and A.2, including documents concerning the network that carried AT&T's phone-to-phone IP telephony service calls and the network that carried AT&T's enhanced prepaid calling card service calls (these documents are located in the cities identified next to each of the names in sections A.1 and A.2).

Regulatory filings regarding access charges, AT&T's phone-to-phone IP telephony service and AT&T's enhanced prepaid calling card service (these documents are located in Bedminster, NJ).

Access billings and documents related thereto (these documents are located in Alpharetta, GA).

Local service billings and documents related thereto (these documents are located in Alpharetta, GA).

With respect to AT&T's claim against Lexcom, billings for wireless long distance calls carried by AT&T, and certain files of the persons identified in sections A.3, including analyses of the jurisdiction of wireless calls carried by AT&T; analysis of billing inaccuracies caused by unlawful jurisdictional allocations; "TRN2 Accuracy studies" relating to the jurisdiction of wireless calls carried by AT&T; Order and Billing Forum ("OBF") documents relating to methods for determining the jurisdiction of wireless calls; and Network Interconnection/Interoperability Forum submissions and reports relating to methods for determining the jurisdiction of wireless calls.

**C.**    **Damages:**

With respect to its counterclaims, to the extent that any tariff of The McClure Telephone Co. ("McClure"), Lexcom Telephone Co. ("Lexcom"), Supra Telecommunications and Information Systems, Inc. ("Supra"), or Prairie Grove Telephone Co. ("Prairie Grove") is deemed to require payment of access charges on the past period phone-to-phone IP telephony

service calls at issue, or to require payment of additional access charges on the past period enhanced prepaid calling card service calls at issue, AT&T seeks economic damages from McClure, Lexcom, Supra, or Prairie Grove, as the case may be, resulting from their unlawful conduct. AT&T anticipates that the amount of its economic damages will equal the amount of access charges (if any) AT&T is required to pay for the past period phone-to-phone IP telephony service calls at issue plus the additional access charges (if any) AT&T is required to pay on the past period enhanced prepaid card service calls at issue.

With respect to AT&T's counterclaim against Lexcom regarding certain wireless calls, AT&T seeks economic damages resulting from Lexcom's violation of its tariffs and the Federal Communications Act. AT&T anticipates estimating such damages by computing the difference between the intrastate access charges that Lexcom unlawfully collected from and/or billed to AT&T for terminating interstate wireless traffic carried by AT&T and the interstate access charges, which are the highest charges that Lexcom can lawfully charge to terminate such traffic.

**D.    <u>Insurance</u>:**

Defendants are currently unaware of any applicable insurance.

Dated:  November 4, 2005

Respectfully submitted,

/s/ Michael J. Hunseder

_____

David M. Schiffman
Brian A. McAleenan
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Phone:  (312) 853-7782
Fax:      (312) 853-7036

Paul M. Zidlicky (DC Bar No. #450196)
Michael J. Hunseder (DC Bar No. #447260)
Brendan J. McMurrer (DC Bar No. #493424)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:      (202) 736-8711

*Attorneys for Defendants AT&T Corp. and
AT&T Communications, Inc.*