UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| AT&T ACCESS CHARGE LITIGATION | ) ) ) | Civil Action No. 05-1360 (ESH) |

### ORDER

Upon consideration of defendants' motion to transfer venue to the United States District Court for the District of New Jersey and the opposition thereto, it is this 16th day of November, 2005, hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk is directed to transfer this action to the Clerk of the United States District Court for the District of New Jersey to conduct all further proceedings in this matter.

**SO ORDERED**.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge